# EXHIBIT A

...

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**  Reg. No. 2,656,302
Registered Dec. 3, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## AVANT GARDE

INTERNATIONAL TYPEFACE CORPORATION (NEW YORK CORPORATION)
985 BUSSE ROAD
ELK GROVE VILLAGE, IL 600072400

FOR: COMPUTER SOFTWARE FOR USE IN DISPLAYING AND PRINTING DIGITAL TYPEFACE DESIGNS AND TYPOGRAPHIC ORNAMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-6-2001; IN COMMERCE 11-6-2001.

OWNER OF U.S. REG. NOS. 1,159,933, 1,282,388, AND 1,289,998.

SER. NO. 76-345,701, FILED 12-6-2001.

JESSIE B. BILLINGS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# AVANT GARDE

**Reg. No. 4,232,896**
**Registered Oct. 30, 2012**
**Int. Cls.: 9 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

INTERNATIONAL TYPEFACE CORPORATION (NEW YORK CORPORATION)
500 UNICORN PARK DRIVE
WOBURN, MA 01801

FOR: COMPUTER SOFTWARE FOR GENERATING TYPEFACE DESIGNS AND ORNAMENTAL DESIGNS; TYPEFACE FONTS, TYPE FONTS AND TYPE DESIGNS OF ALPHANUMERICAL CHARACTERS AND/OR TYPOGRAPHICAL SYMBOLS RECORDED ON MACHINE READABLE MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

FOR: FONTS OF TYPOGRAPHICAL CHARACTERS; PRINTING FONTS, NAMELY, TYPEFACES, TYPE FONTS AND TYPE DESIGNS OF ALPHANUMERIC CHARACTERS AND/OR TYPOGRAPHICAL SYMBOLS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,159,933, 1,282,388, AND 2,656,302.

SER. NO. 85-525,191, FILED 1-25-2012.

EDWARD NELSON, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 3,138,253**

United States Patent and Trademark Office    Registered Sep. 5, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# Avenir

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
KURFÜRSTEN-ANLAGE 52-60
D-69115 HEIDELBERG, FED REP GERMANY

FOR: COMPUTER SOFTWARE AND DOWNLOADABLE COMPUTER SOFTWARE FOR USE IN GENERATING, DISPLAYING, AND PRINTING TYPE FONTS; DATA CARRIERS CONTAINING STORES TYPOGRAPHIC TYPEFACES; AND COMPUTER-READABLE MEDIA WITH COMPUTER-EXECUTABLE INSTRUCTIONS FOR GENERATING, DISPLAYING, AND PRINTING TYPE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1988; IN COMMERCE 12-31-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

AVENIR IS FRENCH AND TRANSLATES INTO ENGLISH AS FUTURE.

SER. NO. 78-589,246, FILED 3-17-2005.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,783,625

United States Patent and Trademark Office    Registered Nov. 18, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BALMORAL

INTERNATIONAL TYPEFACE CORPORATION (NEW YORK CORPORATION)
200 BALLARDVALE STREET
WILMINGTON, MA 01887

FOR: SOFTWARE FEATURING DIGITIZED TYPEFACE DESIGNS AND TYPEFACE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1978; IN COMMERCE 12-31-1978.

OWNER OF U.S. REG. NO. 1,680,162.

SER. NO. 76-280,632, FILED 8-18-2000.

KATHY DE JONGE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,236,587
Registered May 1, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# BASIC COMMERCIAL

MONOTYPE IMAGING GERMANY GMBH (FED REP GERMANY LTD LIAB CO)
DU-PONT-STRASSE 1
BAD HOMBURG V.D.H., FED REP GERMANY 61352

FOR: SOFTWARE CONTAINING TYPE FONTS; DOWNLOADABLE SOFTWARE CONTAINING TYPE FONTS; SOFTWARE FOR GENERATING, DISPLAYING, AND PRINTING FONTS; DATA CARRIERS CONTAINING SOFTWARE FOR GENERATING TYPE FONTS; DATA CARRIERS CONTAINING TYPE FONTS; COMPUTER-READABLE MEDIA CONTAINING COMPUTER-EXECUTABLE INSTRUCTIONS FOR GENERATING, DISPLAYING, AND PRINTING TYPE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-829,665, FILED 3-6-2006.

SCOTT SISUN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,126,209

**United States Patent and Trademark Office**   Registered Aug. 8, 2006

TRADEMARK
PRINCIPAL REGISTER

# Cascade Script

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
KURFÜRSTEN-ANLAGE 52-60
D-69115 HEIDELBERG, FED REP GERMANY

FOR: COMPUTER SOFTWARE FOR TYPE FONTS, NAMELY, DOWNLOADABLE PRINTING FONTS; COMPUTER SOFTWARE FOR GENERATING, DISPLAYING AND PRINTING FONTS; DATA CARRIERS CONTAINING STORED TYPE PRINTING FONTS; TYPEFACE FONTS RECORDED ON COMPUTER-READABLE MEDIA WITH COMPUTER EXECUTABLE INSTRUCTIONS FOR GENERATING, DISPLAYING AND PRINTING TYPE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1986; IN COMMERCE 12-31-1986.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,261,515.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCRIPT", APART FROM THE MARK AS SHOWN.

SER. NO. 78-656,579, FILED 6-23-2005.

RENEE MCCRAY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,656,300

**United States Patent and Trademark Office**    Registered Dec. 3, 2002

## TRADEMARK
## PRINCIPAL REGISTER

### ERAS

INTERNATIONAL TYPEFACE CORPORATION (NEW YORK CORPORATION)
985 BUSSE ROAD
ELK GROVE VILLAGE, IL 600072400

FOR: COMPUTER SOFTWARE FOR USE IN DISPLAYING AND PRINTING DIGITAL TYPEFACE DESIGNS AND TYPOGRAPHIC ORNAMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-6-2001; IN COMMERCE 11-6-2001.

SER. NO. 76-345,399, FILED 12-6-2001.

CAROLYN PENDLETON, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,328,755
Registered Nov. 6, 2007

TRADEMARK
PRINCIPAL REGISTER

# FLORIDIAN

MONOTYPE IMAGING INC. (DELAWARE CORPORATION)
500 UNICORN PARK DRIVE
WOBURN, MA 01801

FOR: COMPUTER SOFTWARE FOR GENERATING TYPEFACE DESIGNS AND ORNAMENTAL DESIGNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-113,159, FILED 2-22-2007.

MORGAN WYNNE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,058,966
Registered Feb. 14, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# Helvetica

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
KURFÜRSTEN-ANLAGE 52-60
D-69115 HEIDELBERG, FED REP GERMANY

FOR: SOFTWARE FOR PRINTING TYPE FONTS; DOWNLOADABLE SOFTWARE CONTAINING TYPE FONTS AND USED FOR PRINTING SAID FONTS; SOFTWARE FOR GENERATING, DISPLAYING, AND PRINTING FONTS; DATA CARRIERS WITH SOFTWARE FOR PRINTING TYPE FONTS; AND COMPUTER-READABLE MEDIA WITH COMPUTER-EXECUTABLE INSTRUCTIONS FOR GENERATING, DISPLAYING, AND PRINTING TYPE FONT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-31-1985; IN COMMERCE 1-31-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 825,989 AND 1,203,430.

SER. NO. 78-566,576, FILED 2-14-2005.

EUGENIA MARTIN, EXAMINING ATTORNEY

Int. Cls.: **9 and 16**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. **2,944,338**
Registered Apr. 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## INDUSTRIA

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY CORPORATION)
KURFURSTEN-ANLAGE 52-60
D-69115 HEIDELBERG, FED REP GERMANY

FOR: TYPEFACE FONTS RECORDED ON MAGNETIC MEDIA, OPTICAL MEDIA, OPTO-MAGNETIC MEDIA, COMPACT DISCS, DVDS, HARD DRIVES, AND FLOPPY DISKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-1-1989; IN COMMERCE 1-1-1990.

FOR: PRINTING FONTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-1-1989; IN COMMERCE 1-1-1990.

THE ENGLISH TRANSLATION OF THE SPANISH WORD "INDUSTRIA" IS "INDUSTRY".

SN 76-384,410, FILED 3-18-2002.

TRACY CROSS, EXAMINING ATTORNEY

Int. Cls.: **9 and 16**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,710,993**
Registered Apr. 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## INSIGNIA

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY JOINT STOCK COMPANY)
KURFURSTEN-ANLAGE 52-60
69115 HEIDELBERG, FED REP GERMANY

FOR: TYPEFACE FONTS RECORDED ON MAGNETIC MEDIA; BLANK MAGNETIC DATA CARRIERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-1-1990; IN COMMERCE 3-1-1990.

FOR: PRINTING FONTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-1-1990; IN COMMERCE 3-1-1990.

SER. NO. 76-381,458, FILED 3-12-2002.

TRACY CROSS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,162,014
Registered Oct. 24, 2006

TRADEMARK
PRINCIPAL REGISTER

# Palatino

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
KURFÜRSTEN-ANLAGE 52-60
D-69115 HEIDELBERG, FED REP GERMANY

FOR: SOFTWARE CONTAINING TYPE FONTS; DOWNLOADABLE SOFTWARE CONTAINING TYPE FONTS; SOFTWARE FOR GENERATING, DISPLAYING, AND PRINTING TYPE FONTS; DATA CARRIERS CONTAINING SOFTWARE FOR GENERATING TYPE FONTS; DATA CARRIERS CONTAINING TYPE FONTS; AND COMPUTER-READABLE MEDIA CONTAINING COMPUTER-EXECUTABLE INSTRUCTIONS FOR GENERATING, DISPLAYING, AND PRINTING TYPE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1984; IN COMMERCE 12-31-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 825,987 AND 1,203,439.

THE ENGLISH TRANSLATION OF THE WORD "PALATINO" IN THE MARK IS "PALATAL" OR "PALATINE".

SER. NO. 78-657,792, FILED 6-24-2005.

DAVID YONTEF, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,578,306

United States Patent and Trademark Office          Registered June 11, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## PAPYRUS

INTERNATIONAL TYPEFACE CORPORATION (DELAWARE CORPORATION)
200 BALLARDVALE STREET
WILMINGTON, MA 01887

FOR: SOFTWARE FEATURING DIGITIZED TYPEFACE DESIGNS AND TYPEFACE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1983; IN COMMERCE 12-31-1983.

SER. NO. 76-280,631, FILED 8-18-2000.

KATHY DE JONGE, EXAMINING ATTORNEY

Int. Cls.: **9 and 16**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,414,574
Registered Apr. 22, 2008

TRADEMARK
PRINCIPAL REGISTER

# PARK AVENUE

LINOTYPE GMBH (FED REP GERMANY LTD LIAB CO)
DU-PONT-STRASSE 1
BAD HOMBURG V.D.H., FED REP GERMANY 61352

FOR: TYPOGRAPHICAL CHARACTERS STORED ON DATA CARRIERS; COMPUTER SOFTWARE FOR GENERATING TYPEFACE DESIGNS AND ORNAMENTAL DESIGNS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

FOR: FONTS OF TYPOGRAPHICAL CHARACTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-798,265, FILED 1-24-2006.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,618,151
Registered Sep. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER

### TEMPUS

INTERNATIONAL TYPEFACE CORPORATION (NEW YORK CORPORATION)
985 BUSSE ROAD
ELK GROVE VILLAGE, IL 600072400

FOR: COMPUTER SOFTWARE FOR USE IN DISPLAYING AND PRINTING DIGITAL TYPEFACE DESIGNS AND TYPOGRAPHIC ORNAMENTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-6-2001; IN COMMERCE 11-6-2001.

SER. NO. 76-345,700, FILED 12-6-2001.

KATHY DE JONGE, EXAMINING ATTORNEY

Int. Cls.: **9 and 16**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,934,450**
Registered Mar. 22, 2005

TRADEMARK
PRINCIPAL REGISTER

# TIMES

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY JOINT STOCK COMPANY)
KURFUERSTEN-ANLAGE 52-60
69115 HEIDELBERG, FED REP GERMANY

FOR: TYPEFACE FONTS RECORDED ON MAGNETIC MEDIA; AND ELECTRONIC DATABASE OF DIGITALLY STORED TYPOGRAPHICAL CHARACTERS RECORDED ON COMPUTER MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1931; IN COMMERCE 0-0-1931.

FOR: PRINTING FONTS OF TYPOGRAPHICAL CHARACTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1931; IN COMMERCE 0-0-1931.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,207,989 AND 2,136,819.

SER. NO. 76-562,094, FILED 11-26-2003.

GEORGE LORENZO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,351,843
Registered Dec. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# UMBRA

LINOTYPE GMBH (FED REP GERMANY CORPORATION)
DU-PONT-STRASSE 1
BAD HOMBURG, FED REP GERMANY 61352

FOR: COMPUTER SOFTWARE FOR GENERATING TYPEFACE DESIGNS AND ORNAMENTAL DESIGNS; TYPEFACES, TYPE FONTS AND TYPE DESIGNS OF ALPHANUMERICAL CHARACTERS AND TYPOGRAPHICAL SYMBOLS RECORDED ON MACHINE READABLE MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-170,020, FILED 5-1-2007.

GRETTA YAO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# ZAPF

**Reg. No. 4,244,809**  INTERNATIONAL TYPEFACE CORPORATION (NEW YORK CORPORATION)
500 UNICORN PARK DRIVE
**Registered Nov. 20, 2012**  WOBURN, MA 01801

**Int. Cls.: 9 and 16**  FOR: COMPUTER SOFTWARE FOR GENERATING TYPEFACE DESIGNS AND ORNAMENTAL DESIGNS; TYPEFACE FONTS, TYPE FONTS AND TYPE DESIGNS OF ALPHANUMERICAL CHARACTERS AND/OR TYPOGRAPHICAL SYMBOLS RECORDED ON A MACHINE READABLE MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

**PRINCIPAL REGISTER**  FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

FOR: FONTS OF TYPOGRAPHICAL CHARACTERS; PRINTING FONTS, NAMELY, TYPEFACES, TYPE FONTS AND TYPE DESIGNS OF ALPHANUMERIC CHARACTERS AND/OR TYPOGRAPHICAL SYMBOLS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2011; IN COMMERCE 12-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,235,715, 2,788,114 AND OTHERS.

SER. NO. 85-529,878, FILED 1-31-2012.

EDWARD NELSON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,186,482
Registered Dec. 19, 2006

TRADEMARK
PRINCIPAL REGISTER

# ZAPFINO

HEIDELBERGER DRUCKMASCHINEN AG (FED REP GERMANY CORPORATION)
KURFUERSTEN-ANLAGE 52-60
HEIDELBERG, FED REP GERMANY D-69115

FOR: SOFTWARE CONTAINING TYPE FONTS; DOWNLOADABLE SOFTWARE CONTAINING TYPE FONTS; SOFTWARE FOR GENERATING, DISPLAYING, AND PRINTING FONTS; DATA CARRIERS CONTAINING SOFTWARE FOR GENERATING TYPE FONTS; DATA CARRIERS CONTAINING TYPE FONTS; COMPUTER-READABLE MEDIA CONTAINING COMPUTER-EXECUTABLE INSTRUCTIONS FOR GENERATING, DISPLAYING, AND PRINTING TYPE FONTS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,399,353.

SER. NO. 78-775,608, FILED 12-17-2005.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY