# EXHIBIT B

MA SOC   Registration Number: 79022    Date: 04/23/2014

Filing Fee $50.00

# RNA
# AMEND

## The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

1220787

FORM MUST BE TYPED     **Registrant Name or Address Amendment**     FORM MUST BE TYPED
                              **(General Laws Chapter 110H, Section 7)**

All information must be completed or this document will not be accepted for filing.

(1) Applicant's legal name and business address:

a) Individual: _____
                          *Last*                    *First*                *Middle*

Business address: _____
                          *Number*                       *Street*

_____
                          *City*                       *State*              *Zip*

**or**

b) Business Organization:  International Typeface Corporation

Business address: _____ 500 _____ Unicorn Park Drive _____
                          *Number*                       *Street*

_____ Woburn _____ MA _____ 01801 _____
                          *City*                       *State*              *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

AVANT GARDE

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110hs7amend 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):

    Class 9

(4) Provide the Massachusetts registration date and number:

    74469-Dated 11/7/2011

(5) Registrant's name has been changed to:

  a) Individual: _____

|  | *Last* | *First* | *Middle* |

  **or**

  b) Business Organization: _Monotype ITC Inc._____

(6) Registrant's business address has been changed to:

| 500 | Unicorn Park Drive |  |
| --- | --- | --- |
| *Number* | *Street* |  |
| Woburn | MA | 01801 |
| *City* | *State* | *Zip* |

I, _____ Debra S. Serota _____ , state that I
am the registrant or a lawfully authorized representative of the registrant and declare under penalty of perjury that the foregoing
application is true and correct.

Executed on: _____ October _____ 📝 _____ 2013 _____
                              *Month*                    *Day*                    *Year*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Registrant Name or Address Amendment
### (General Laws Chapter 110H, Section 7)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

APRIL 23, 2014 , 20 _____

CK# 564101

FEE PAID
$50.00
APR 23 2014

CASHIERS
SECRETARY'S OFFICE

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

Contact Information

| | | |
|---|---|---|
| Debra S. Serota, FISH & RICHARDSON P.C. | | |
| *Name* | | |
| P.O. Box 1022 | | |
| *Mailing Address* | | |
| Minneapolis | MN | 55440-1022 |
| *City/town* | *State* | *ZIP* |
| 617-542-5070 | tmdoctc@fr.com | |
| *Telephone* | *Email* | |

Filing Fee $50.00

# RNA AMEND

## The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED    **Registrant Name or Address Amendment**    FORM MUST BE TYPED
**(General Laws Chapter 110H, Section 7)**

All information must be completed or this document will not be accepted for filing.

(1) Applicant's legal name and business address:

a) Individual: _____
   _____Last_____First_____Middle_____

Business address: _____
   _____Number_____Street_____

   _____
   _____City_____State_____Zip___

**or**

b) Business Organization: __Linotype GmbH_____

Business address: _____: Werner-Reimers-Strasse 2-4_____
   _____Number_____Street_____

   _____Bad Homburg_____Germany_____61352____
   _____City_____State_____Zip___

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

   HELVETICA

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110hs7amend 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):

Class 9

(4) Provide the Massachusetts registration date and number:

74458 - Dated 11/3/2011

(5) Registrant's name has been changed to:

a) Individual: _____

| Last | First | Middle |

**or**

b) Business Organization: Monotype GmbH _____

(6) Registrant's business address has been changed to:

Werner-Reimers-Str. 2-4

| Number | Street |

| Bad Homburg | Germany | 61352 |
| City | State | Zip |

I, _____ Debra S. Serota _____ , state that I
am the registrant or a lawfully authorized representative of the registrant and declare under penalty of perjury that the foregoing
application is true and correct.

Executed on: _____ October _____ 17 _____ 2013 _____

_____ Month _____ Day _____ Year _____

Signature: _____

1208204

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Registrant Name or Address Amendment
### (General Laws Chapter 110H, Section 7)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

*OCTOBER 17, 2013* , 20 _____

*CK # 564102*

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

**FEE PAID**
$ 50.00
OCT 17 2013

CASHIERS
SECRETARY'S OFFICE

Contact Information

Debra S. Serota, FISH & RICHARDSON P.C.
*Name*

P.O. Box 1022
*Mailing Address*

| Minneapolis | MN | 55440-1022 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 617-542-5070 | tmdoctc@fr.com |
|---|---|
| *Telephone* | *Email* |



Filing Fee $50.00

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

1208209

FORM MUST BE TYPED        **Registrant Name or Address Amendment**        FORM MUST BE TYPED
(General Laws Chapter 110H, Section 7)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's legal name and business address:

a) Individual: _____

                  *Last*                  *First*              *Middle*

Business address: _____

           *Number*                *Street*

          _____

           *City*               *State*           *Zip*

**or**

b) Business Organization: _Linotype Corp._____

Business address: _____500_____Unicorn Park Drive_____

           *Number*                *Street*

          _____Woburn_____MA_____01801____

           *City*               *State*           *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

    HELVETICA

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110hs7amend 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):

Class 16

(4) Provide the Massachusetts registration date and number:

68900 - 7/30/2007

(5) Registrant's name has been changed to:

a) Individual: _____

    *Last*                    *First*                    *Middle*

**or**

b) Business Organization: Monotype Imaging Inc. _____

(6) Registrant's business address has been changed to:

| 500 | Unicorn Park Drive | |
|-----|--------------------|---|
| *Number* | *Street* | |
| Woburn | MA | 01801 |
| *City* | *State* | *Zip* |

I, _____ Debra S. Serota _____ , state that I
am the registrant or a lawfully authorized representative of the registrant and declare under penalty of perjury that the foregoing
application is true and correct.

Executed on: _____ October _____ _____ 11 _____ _____ 2013 _____
                        *Month*                    *Day*                    *Year*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Registrant Name or Address Amendment
### (General Laws Chapter 110H, Section 7)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_OCTOBER 17, 2013_____ , 20 _____

_CK # 564464_        FEE PAID
$ 50.00
Trademark Section          OCT 17 2013
One Ashburton Place, Rm. 1717
Boston, MA 02108
CASHIERS
SECRETARY'S OFFICE

Contact Information

| Debra S. Serota, FISH & RICHARDSON P.C. | | |
|---|---|---|
| *Name* | | |
| P.O. Box 1022 | | |
| *Mailing Address* | | |
| Minneapolis | MN | 55440-1022 |
| *City/town* | *State* | *ZIP* |
| 617-542-5070 | tmdoctc@fr.com; serota@fr.com | |
| *Telephone* | *Email* | |

**RNA AMEND**

Filing Fee $50.00

# The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED    **Registrant Name or Address Amendment**    FORM MUST BE TYPED
(General Laws Chapter 110H, Section 7)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's legal name and business address:

   a) Individual: _____
                       *Last*              *First*         *Middle*

   Business address: _____
                     *Number*             *Street*

                       _____
                     *City*             *State*         *Zip*

   **or**

   b) Business Organization: Linotype Corp.

   Business address:      500     Unicorn Park Drive
                     *Number*             *Street*

                      Woburn         MA       01801
                     *City*             *State*         *Zip*

(2) The mark is (complete one of the following):

   a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

     PALATINO

   b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

   c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

c110ns7amend 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):

68902 - 07/30/2007

(4) Provide the Massachusetts registration date and number:

*16*

(5) Registrant's name has been changed to:

a) Individual: _____

| Last | First | Middle |

**or**

b) Business Organization: _Monotype Imaging Inc._____

(6) Registrant's business address has been changed to:

| 500 | Unicorn Park Drive | |
|-----|--------------------|---|
| *Number* | *Street* | |
| Woburn | MA | 01801 |
| *City* | *State* | *Zip* |

I, _____ Debra S. Serota _____ , state that I
am the registrant or a lawfully authorized representative of the registrant and declare under penalty of perjury that the foregoing
application is true and correct.

Executed on: _____ October _____ |7 _____ 2013 _____
                              *Month*                    *Day*                  *Year*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Registrant Name or Address Amendment
### (General Laws Chapter 110H, Section 7)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

*OCTOBER 17, 2013*, 20 _____

*CK # 564463*    FEE PAID
$ 50.00

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

OCT 17 2013

CASHIERS
SECRETARY'S OFFICE

Contact Information

Debra S. Serota, FISH & RICHARDSON P.C.
―――――――――――――――――――――――――――
*Name*

P.O. Box 1022
―――――――――――――――――――――――――――
*Mailing Address*

| Minneapolis | MN | 55440-1022 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 617-542-5070 | tmdoctc@fr.com; serota@fr.com |
|---|---|
| *Telephone* | *Email* |

**TM**
**SM**

Filing Fee $50.00 per class
5 year registration period

## The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED    **Trademark / Service Mark Application**    FORM MUST BE TYPED
(General Laws Chapter 110H, Section 3)

All information must be completed or this document will not be accepted for filing.

1221493

(1) Applicant's name and business address:

a) Individual: _____
                     Last              First              Middle

Business address: _____
                       Number                    Street

_____
City                    State              Zip

or

b) Business Organization: Monotype Imaging Inc.

Business address:   500       Unicorn Park Drive
                    Number                    Street

Woburn                    MA              01801
City                      State            Zip

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☑ corporation    ☐ limited liability company    ☐ limited partnership    ☐ partnership    ☐ sole proprietor

☐ other _____
                         (indicate entity type)

a) State of incorporation or organization: Delaware    b) Date of incorporation or organization: 09/24/1999

(3) If applicant is a partnership, state the names of the general partners:

e110Fa3 10/29/08

(4) Applicant is seeking to register (check box):

☑ Trademark        ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

FLORIDIAN

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:

Computer software for the generation of and the actual typeface designs and ornamental designs; typeface fonts, type fonts and type designs of alphanumerical characters and/or typographical symbols recorded on a machine readable media; Fonts of typographical characters; (continued).

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule): *(An application may include multiple classes)*

9, 16

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☐ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

On website (site of purchase) for downloading.

(6)    Describe briefly the goods or services used in connection with the mark (Continued):

     printing fonts, namely typefaces, type fonts and type designs of alphanumeric characters and/or typographical symbols.

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

___at least 12/31/1999___ and in the Commonwealth of Massachusetts since___at least 12/31/1999___.

*(month, day, year)*                                        *(month, day, year)*

*(If first use of the mark anywhere was in Massachusetts, use the same date for both.).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the U.S. Patent and Trademark Office? ☑ Yes, ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date ___02/22/2007___ and serial number ___77/113,159___.

*(month, day, year)*

c) What is the status of the application (check box)?

☐ awaiting examination          ☐ refusal (office action) issued
☐ approved for publication      ☑ registered
☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3″ x 3″.

# Floridian

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, ___Janet Dunlap___, state that I am the applicant or a lawfully authorized

*(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: ___May 1___                                    2014

*(Month, Day, Year)*

Signature: ___Janet Dunlap___

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

*May 2, 2014*
on: _____, 20 _____

*Ck# 573631*

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

### Contact Information

| Debra S. Serota, FISH & RICHARDSON P.C. | | |
|---|---|---|
| *Name* | | |
| P.O. Box 1022 | | |
| *Mailing Address* | | |
| Minneapolis | MN | |
| *City/town* | *State* | *ZIP* |
| 617-542-5070 | tmdoctc@fr.com | |
| *Telephone* | *Email* | |

**FEE PAID**
**$100.00**
**MAY 02 2014**
CASHIERS
SECRETARY'S OFFICE

**TM
SM**

Filing Fee $50.00 per class
5 year registration period

## The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED

### Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

FORM MUST BE TYPED

1221496

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

                            *Last*                 *First*              *Middle*

Business address: _____

                           *Number*                *Street*

                           *City*                *State*            *Zip*

or

b) Business Organization: **Monotype ITC Inc.**

Business address:     **500**      **Unicorn Park Drive**

                           *Number*                *Street*

        **Woburn**         **MA**         **01801**

                      *City*              *State*          *Zip*

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☑ corporation    ☐ limited liability company    ☐ limited partnership    ☐ partnership    ☐ sole proprietor

☐ other _____
                                         *(indicate entity type)*

a) State of incorporation or organization: **New York**    b) Date of incorporation or organization: **05/20/1970**

(3) If applicant is a partnership, state the names of the general partners:

e110hs3 10/26/06

(4) Applicant is seeking to register (check box):

☑ Trademark        ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

BALMORAL

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:

Computer software for the generation of and the actual typeface designs and ornamental designs; typeface fonts, type fonts and type designs of alphanumerical characters and/or typographical symbols recorded on a machine readable media; Fonts of typographical characters; (continued)

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

9, 16

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☐ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

On website (site of purchase) for downloading.

(6)    Describe briefly the goods or services used in connection with the mark (Continued):

**printing fonts, namely typefaces, type fonts and type designs of alphanumeric characters and/or typographical symbols.**

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

_____at least 12/31/1990_____ and in the Commonwealth of Massachusetts since_____at least 12/31/1990_____ .
*(month, day, year)*                                                                                        *(month, day, year)*
*(If first use of the mark anywhere was in Massachusetts, use the same date for both.).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the
U.S. Patent and Trademark Office?  ☑ Yes  ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____08/18/2000_____ and serial number _____76/280632_____ .
*(month, day, year)*

c) What is the status of the application (check box)?    ☐ awaiting examination    ☐ refusal (office action) issued
☐ approved for publication    ☑ registered
☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".

# Balmoral

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other
person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in
such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to
cause mistake, or to deceive.

I, _____Janet Dunlap_____ , state that I am the applicant or a lawfully authorized
*(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____May 1_____ 2014
*(Month, Day, Year)*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on: *May 2, 2014* , 20 _____

*CK# 573629*

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

**FEE PAID**
**$50.00**
**MAY 02 2014**

**CASHIERS**
**SECRETARY'S OFFICE**

### Contact Information

| Debra S. Serota, FISH & RICHARDSON P.C. | | |
|---|---|---|
| *Name* | | |
| P.O. Box 1022 | | |
| *Mailing Address* | | |
| Minneapolis | MN | |
| *City/town* | *State* | *ZIP* |
| 617-542-5070 | tmdoctc@fr.com | |
| *Telephone* | *Email* | |

**TM
SM**

Filing Fee $50.00 per class
5 year registration period

### The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED    **Trademark / Service Mark Application**    FORM MUST BE TYPED
(General Laws Chapter 110H, Section 3)

All information must be completed or this document will not be accepted for filing.    1221495

(1) Applicant's name and business address:

a) Individual: _____
   | Last | First | Middle |

Business address: _____
   | Number | Street |

   _____
   | City | State | Zip |

or

b) Business Organization: Monotype ITC Inc.

Business address:    500    Unicorn Park Drive
                    Number          Street

                    Woburn          MA          01801
                    City            State       Zip

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☑ corporation   ☐ limited liability company   ☐ limited partnership   ☐ partnership   ☐ sole proprietor

☐ other _____
                          (indicate entity type)

a) State of incorporation or organization: __New York__   b) Date of incorporation or organization: __05/20/1970__

(3) If applicant is a partnership, state the names of the general partners:

e110fm3 10/26/00

(4) Applicant is seeking to register (check box):

☑ Trademark          ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

PAPYRUS

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:

Computer software for the generation of  and the actual typeface designs and ornamental designs; typeface fonts, type fonts and type designs of alphanumerical characters and/or typographical symbols recorded on a machine readable media;  Fonts of typographical characters; (continued).

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

9, 16

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☐ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

On website (site of purchase) for downloading.

(6)     Describe briefly the goods or services used in connection with the mark (Continued):

printing fonts, namely typefaces, type fonts and type designs of alphanumeric characters and/or typographical symbols.

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

_____at least 12/31/1990_____ and in the Commonwealth of Massachusetts since_____at least 12/31/1990_____ .

_____(month, day, year)_____                                                    _____(month, day, year)_____

*(If first use of the mark anywhere was in Massachusetts, use the same date for both.).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the
U.S. Patent and Trademark Office? ☑Yes  ☐No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____08/18/2000_____ and serial number _____76/280,631_____ .

_____(month, day, year)_____

c) What is the status of the application (check box)?    ☐ awaiting examination    ☐ refusal (office action) issued
☐ approved for publication    ☑ registered
☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".

## Papyrus

The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive.

I, _____Janet Dunlap_____ , state that I am the applicant or a lawfully authorized

*(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____May 1_____                                    2014_____

*(Month, Day, Year)*

Signature: _____Janet Dunlap_____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on: *May 2, 2014*, 20 _____

CK# 573630

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

FEE PAID
$100.00
MAY 02 2014

CASHIERS
SECRETARY'S OFFICE

### Contact Information

Debra S. Serota, FISH & RICHARDSON P.C.
*Name*

P.O. Box 1022
*Mailing Address*

| Minneapolis | MN | |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 617-542-5070 | tmdoctc@fr.com |
|---|---|
| *Telephone* | *Email* |

**TM**
**SM**

Filing Fee $50.00 per class
5 year registration period

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

FORM MUST BE TYPED

## Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

FORM MUST BE TYPED

All information must be completed or this document will not be accepted for filing.

*1221494*

(1) Applicant's name and business address:

a) Individual: _____

| Last | First | Middle |

Business address: _____

| Number | Street |

_____

| City | State | Zip |

or

b) Business Organization: Monotype ITC Inc. _____

Business address:   500        Unicorn Park Drive

| Number | Street |

Woburn                MA              01801

| City | State | Zip |

(2) If applicant is a business, identify type (check box), and if applicable, state and date of organization:

☑ corporation   ☐ limited liability company   ☐ limited partnership   ☐ partnership   ☐ sole proprietor

☐ other _____
(indicate entity type)

a) State of incorporation or organization: New York   b) Date of incorporation or organization: 05/20/1970

(3) If applicant is a partnership, state the names of the general partners:

01/0Pt3 10/20/06

(4) Applicant is seeking to register (check box):

☑ Trademark          ☐ Service Mark

(5) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

ZAPF

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

(6) Describe briefly the goods or services used in connection with the mark:

Computer software for the generation of and the actual typeface designs and ornamental designs; typeface fonts, type fonts and type designs of alphanumerical characters and/or typographical symbols recorded on a machine readable media;  Fonts of typographical characters; (continued). ▣

(7) For each class provide the number and class in which such goods or services fall (see attached classification schedule): *(An application may include multiple classes)*

9, 16

(8) Describe briefly how the mark is used in connection with such goods or services:

a) The mark is used by displaying it (check box):

☐ on documents, wrappers, or articles delivered with the goods
☐ in advertisements of the services
☐ in connection with the services rendered
☑ other

b) If other, describe briefly how the mark is used:

On website (site of purchase) for downloading.

(6)    Describe briefly the goods or services used in connection with the mark (Continued):

printing fonts, namely typefaces, type fonts and type designs of alphanumeric characters and/or typographical symbols.

(9) The trademark or service-mark has been used by the applicant, or the applicant's predecessor in business, since

at least 12/31/2011 _____ and in the Commonwealth of Massachusetts since_____ at least 12/31/2011 .
*(month, day, year)*                                                                                                          *(month, day, year)*
*(If first use of the mark anywhere was in Massachusetts, use the same date for both.).*

(10) a) Has the applicant or predecessor in interest filed an application for the same mark or portions of the same mark with the
U.S. Patent and Trademark Office?  ☑ Yes   ☐ No

b) If yes, for each application, provide (using additional pages if necessary):

Filing date _____ 01/31/2012 _____ and serial number _____ 85/529,878 .
*(month, day, year)*

c) What is the status of the application (check box)?   ☐ awaiting examination   ☐ refusal (office action) issued
☐ approved for publication   ☑ registered
☐ abandoned/withdrawn

d) If finally refused, or not resulted in a registration, give reason: _____

(11) Attach a sample showing the mark as actively used. The sample specimen may not be larger than 3" x 3".


# Zapf


The applicant is the owner of the mark. The mark is in use, and, to the knowledge of the person verifying the application, no other
person has registered, either federally or in this state, or has the right to use such mark either in the identical form thereof or in
such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion, or to
cause mistake, or to deceive.

I, _____ Janet Dunlap _____ , state that I am the applicant or a lawfully authorized
*(Name of Applicant / Authorized Representative)*

representative of the applicant and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ *May 1* _____ . 2014
*(Month, Day, Year)*

Signature: _____ *Janet Dunlap* _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
(General Laws Chapter 110H, Section 3)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_May 2, 2014_____, 20_____

_CK# 573640_

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108

FEE PAID
$100.00
MAY 02 2014

CASHIERS
SECRETARY'S OFFICE

### Contact Information

Debra S. Serota, FISH & RICHARDSON P.C.
_____
*Name*

P.O. Box 1022
_____
*Mailing Address*

Minneapolis                MN
_____
*City/town*            *State*    *ZIP*

617-542-5070          tmdoctc@fr.com
_____
*Telephone*            *Email*