# EXHIBIT C

| Common Law Trademark | Plaintiff Owner(s) | Unauthorized User(s) | |
|---|---|---|---|
| AD LIB | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| ALGERIAN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| ALLEGRO | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| AMERICANA | Monotype GmBH | | eInvite LLC |
| AMIGO | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| ANDANTE | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| APOLLO | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| ARCADIA | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| ARIAL | Monotype Imaging Inc. | | eInvite LLC |
| ARID | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| BALLOON | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| BANK GOTHIC | MyFonts Inc. | | eInvite LLC |
| BENGUIAT GOTHIC | Monotype ITC Inc. | | eInvite LLC |
| BERKELEY OLD STYLE | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| BICKLEY | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| BLAZE | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| BOOKMAN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| BRAGANZA | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| BREMEN | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| BRITTANIC | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| BROADWAY | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| BRUSH | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| BUSORAMA | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| CALLIGRAPHIC | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| CAMELLIA | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| CAMPAIGN | Monotype ITC Inc. | | eInvite LLC |
| CARLIN | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| CENTURY OLDSTYLE | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| CHANCERY | Monotype ITC Inc. | | eInvite LLC |
| CHELTENHAM | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |

| | | | |
|---|---|---|---|
| CHEVALIER | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| CITADEL | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| CLEARFACE | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| COMPUTER | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| COOLMAN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| COOPER | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| CORONET | Monotype Imaging Inc. | Checkerboard Ltd. | |
| COURIER | Monotype GmBH | | eInvite LLC |
| CURLZ | Monotype Imaging Inc. | | eInvite LLC |
| DOLMEN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| DOM | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| DUTCH 766 | | | eInvite LLC |
| DUTCH | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| EDWARDIAN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| ELEGANT | Monotype Imaging Inc. | Checkerboard Ltd. | |
| ELEGANT GARMOND | MyFonts Inc. | | |
| ENGRAVERS | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| ENGRAVERS GOTHIC | MyFonts Inc. | | eInvite LLC |
| ETRUSCAN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| EXOTIC | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| FANCY | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| FINE HAND | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| FLEMISH | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| FLORENTINE | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| FRANKLIN | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| FREEFORM | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| FREEHAND | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| FUTURA | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| GARAMOND | MyFonts Inc., Monotype ITC Inc., Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| GEOMETRIC | MyFonts Inc. | Checkerboard Ltd. | |

| | | | |
|---|---|---|---|
| GIGI | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| GILL SANS | Monotype Imaging Inc. | | eInvite LLC |
| GOUDY | Monotype Imaging Inc., Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| GOUDY HANDTOOLED | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| GRAVURA | Monotype ITC Inc. | Checkerboard Ltd. | |
| GREYTON | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| GRIMSHAW | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| HELIOTYPE | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| HOBO | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| HUMANIST | MyFonts Inc. | Checkerboard Ltd. | |
| HUXLEY | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| IGNATIUS | Monotype ITC Inc. | Checkerboard Ltd. | |
| IMPERIAL | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| INFORMAL | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| INSCRIPTION | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| ISADORA | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| KABEL | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| KUENSTLER | Monotype GmBH | | eInvite LLC |
| KATFISH | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| KAUFMANN | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| KIGALI | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| KINO | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| KULUKUNDIS | Monotype ITC Inc. | Checkerboard Ltd. | |
| LEAWOOD | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| LE GRIFFE | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| LIBERTY | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| LIBRA | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| LIGHTLINE | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| LOCARNO | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| LYDIAN | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| LYDIAN CURSIVE | Monotype Imaging Inc. | | eInvite LLC |

| | | | |
|---|---|---|---|
| MARIGOLD | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| MARQUIS | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| MATISSE | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| MODERN | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| MONTEREY | MyFonts Inc. | Checkerboard Ltd. | |
| MURRAY HILL | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| NEO NEO | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| OBERON | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| ONYX | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| ORIGINAL GARAMOND | MyFonts Inc. | | eInvite LLC |
| OUTLINE | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| OXFORD | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| OZ HANDCRAFT | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| PARISIAN | Monotype, Image Club, MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| PELICAN | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| PIONEER | Monotype ITC Inc. | | eInvite LLC |
| PIRANESI | MyFonts Inc. | | eInvite LLC |
| ROOK | Monotype Imaging Inc. | Checkerboard Ltd. | |
| RULING SCRIPT | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| SEAGULL | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| SHO | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| SHOTGUN | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| SOUVENIR | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| STACCATO | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| STENCIL | Monotype GmBH, MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| STOCKHOLM | Monotype Imaging Inc. | Checkerboard Ltd. | |
| STYMIE | MyFonts Inc. | | eInvite LLC |
| SWISS | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| SYMBOL | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| TANGO | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |

| TIFFANY | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| --- | --- | --- | --- |
| TIME | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| TYPO | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| UNCIAL | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| UNIVERSITY | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| VINETA | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |
| VISIGOTH | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| VIVALDI | Monotype ITC Inc. | Checkerboard Ltd. | eInvite LLC |
| VLADIMIR | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| VOLANTE | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| WEDDING | MyFonts Inc., Monotype | Checkerboard Ltd. | eInvite LLC |
| WEISBADEN | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| WINDSOR | Monotype Imaging Inc. | Checkerboard Ltd. | eInvite LLC |
| ZAPF HUMANIST | Monotype GmBH | Checkerboard Ltd. | eInvite LLC |
| ZEPHYR | Monotype Imaging Inc. | Checkerboard Ltd. | |
| ZURICH | MyFonts Inc. | Checkerboard Ltd. | eInvite LLC |