# EXHIBIT D

5.0
1992-1995

**License Agreement**                                                                  The AgfaType™ Collection

**READ THIS LICENSE AGREEMENT BEFORE OPENING THIS PACKAGE**

Returned Goods Policy: Please verify software names on all labels and packaging. No credit will be given for opened product. Once package seal is broken, it cannot be returned, except when product is defective.

**AGFA DIVISION, MILES INC. LICENSE AGREEMENT**

CAREFULLY READ THE FOLLOWING TERMS AND CONDITIONS BEFORE OPENING THIS PACKAGE. OPENING THIS PACKAGE INDICATES ACCEPTANCE OF THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE TO THEM, PROMPTLY RETURN THE PACKAGE UNOPENED AND YOUR MONEY WILL BE REFUNDED.

1. "Software" means the computer program contained in this package (which may include digitally encoded, machine readable, scalable outline font data as encoded in a special format), together with all codes, techniques, software tools, formats, designs, concepts, methods and ideas associated with the computer program.

2. Agfa Division, Miles Inc., ("Agfa") hereby grants to you, and you agree to accept, a nonexclusive license to use the Software identified on the media solely for your own customary business or personal purposes at the address stated on the registration card you return to Agfa. Under the terms of this License Agreement, you have the right to use the Software on one printer. If you need to have access to the Software on more than one printer, you need to acquire a Multiprinter License Agreement, which can be obtained from Agfa. Agfa retains all rights, title, and interest to the Software.

3. To protect the proprietary rights of Agfa, you agree to maintain the Software and other Proprietary information in strict confidence and to establish reasonable procedures regulating access to and use of the Software.

4. You agree not to duplicate or copy the Software, except that you may make one backup copy. You agree that any such copy shall contain the same proprietary notices as those appearing on the original. You agree not to modify, adapt, translate, reverse engineer, decompile, disassemble or create derivative works based on the Software.

5. This License shall continue until the last use of the Software, unless sooner terminated. This License may be terminated by agreement between you and Agfa if you fail to comply with the terms of this License and such failure is not remedied within thirty (30) days after notice from Agfa. When this License expires or is terminated, you shall either return to Agfa or destroy all copies of the Software and documentation as requested.

6. Agfa warrants that for ninety (90) days after delivery, the Software will perform in accordance with Agfa published specifications, and the media will be free from defects in material and workmanship. Agfa does not warrant that the Software is free from all bugs, errors, and omissions.
THE PARTIES AGREE THAT ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE AND MERCHANTABILITY, ARE EXCLUDED.

7. Your exclusive remedy and the sole liability of Agfa in connection with the Software is repair or replacement of defective parts, upon their return to Agfa.
IN NO EVENT WILL AGFA BE LIABLE FOR LOST PROFITS, LOST DATA, OR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR ANY DAMAGES CAUSED BY THE ABUSE OR MISAPPLICATION OF THE SOFTWARE.

8. Massachusetts law governs this Agreement.

9. You shall not sublicense, sell, lease, or otherwise transfer the Software without prior written consent of Agfa.

10. Use, duplication or disclosure by the Government is subject to restrictions as set forth in the Rights in Technical Data and Computer Software clause at FAR 252.227-7013, subdivision (b) (3) (ii) or subparagraph (c) (1) (ii), as appropriate. Further use, duplication or disclosure is subject to restrictions applicable to restricted rights software as set forth in FAR 52.227-19 (c) (2).

11. YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. NEITHER PARTY SHALL BE BOUND BY ANY STATEMENT OR REPRESENTATION NOT CONTAINED IN THIS AGREEMENT. NO CHANGE IN THIS AGREEMENT IS EFFECTIVE UNLESS WRITTEN AND SIGNED BY PROPERLY AUTHORIZED REPRESENTATIVES OF EACH PARTY. BY OPENING THIS PACKAGE, YOU AGREE TO ACCEPT THE TERMS AND CONDITIONS OF THIS AGREEMENT.

Printed in U.S.A. T1618-889 24542-0001
Copyright© 1992 by Miles Inc.
All rights reserved.

AGFA ◆                                                                                                    January 1992

6.0
1995

# END USER LICENSE AGREEMENT

*Contrat de licence destiné à l'utilisateur final*
*Endbenutzer-Lizenzvertrag*
*Licentieovereenkomst*
*Acuerdo de licencia para el usuario final*



## END USER LICENSE AGREEMENT

YOU SHOULD CAREFULLY READ THE FOLLOWING TERMS AND CONDITIONS BEFORE OPENING THIS PACKAGE. BY OPENING THIS PACKAGE YOU INDICATE YOUR ACCEPTANCE OF THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE WITH THEM, PROMPTLY RETURN THE PACKAGE UNOPENED AND YOUR MONEY WILL BE REFUNDED.

1. "Software" means the computer program contained in this package (which may include digitally encoded, machine readable, scalable outline font data as encoded in a special format), together with all codes, techniques, software tools, formats, designs, concepts, methods and ideas associated with the computer program and all documentation related thereto.

2. Agfa Division, Bayer Corporation ("Agfa"), hereby grants to you, and you agree to accept, a non-exclusive, non-transferable, limited license (the "License") to use the Software solely for your own customary business or personal purposes at the address stated on the registration card you return to Agfa. You do not have a License to use Software contained on CD ROM media unless you have paid the applicable License fee to Agfa or its authorized dealer, and obtained the proper Typeface access keys. Under the terms of this License Agreement, you have the right to use the Software on a single computer and one associated printer (the "Computer System"). If you need to have access to the Software on more than one Computer System, you must pay Agfa the applicable Fees set forth in Agfa's then published price list for typefaces used in a multi-system environment. You acknowledge that licensing fees for the Macintosh and PC formats are separate and individual fees.

   Agfa retains all right, title and interest to the Software and no rights are granted to you other than a License to use the Software on the terms expressly set forth in this Agreement.

3. To protect the proprietary rights of Agfa, you agree to maintain the Software and other proprietary information in strict confidence and to establish reasonable procedures regulating access to and use of the Software.

4. You will not make or have made, or permit to be made, any copies of the Software or portions thereof, except as necessary provided, however, that you may make one copy for back-up purposes for its use with the authorized number of systems hereunder. You agree that any such copies shall contain the same proprietary notices which appear on or in the Software.

5. Except as stated above, this Agreement does not grant you any rights to patents, copyrights, trade secrets, trade names, trademarks (whether registered or unregistered), or any other rights, franchises, or licenses in respect of the Software.

6. You agree that you will not modify, alter, disassemble, decrypt, reverse engineer or decompile the Software.

7. This License shall continue until the last use of the Software, unless sooner terminated. This License may be terminated by Agfa if you fail to comply with the terms of this License and such failure is not remedied within thirty (30) days after notice from Agfa. When this License expires or is terminated, you shall either return to Agfa or destroy all copies of the Software as requested.

8. You agree that you will not export or re-export the Software in any form without the appropriate United States and foreign government licenses.

9. THE PARTIES AGREE THAT ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY AND NONINFRINGEMENT ARE EXCLUDED.

10. Your sole and exclusive remedy and the sole liability of Agfa or its suppliers in connection with the Software is repair or replacement of defective parts, upon their return to Agfa. IN NO EVENT WILL AGFA OR ITS SUPPLIERS BE LIABLE FOR LOST PROFITS, LOST DATA, OR ANY OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR ANY DAMAGES CAUSED BY ABUSE OR MISAPPLICATION OF THE SOFTWARE.

11. You shall not sublicense, sell, lease or otherwise transfer the Software without the prior written consent of Agfa.

12. Use, duplication or disclosure by the Government is subject to restrictions as set forth in the Rights in Technical Data and Computer Software clause at FAR 252.227-7013, subdivision (b)(3)(ii) or subparagraph (c)(1)(ii), as appropriate. Further use, duplication or disclosure is subject to restrictions applicable to restricted rights software as set forth in FAR 52.227-19(c)(2).

13. MASSACHUSETTS LAW GOVERNS THIS AGREEMENT.

14. YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. NEITHER PARTY SHALL BE BOUND BY ANY STATEMENT OR REPRESENTATION NOT CONTAINED IN THIS AGREEMENT. NO CHANGE IN THIS AGREEMENT IS EFFECTIVE UNLESS WRITTEN AND SIGNED BY PROPERLY AUTHORIZED REPRESENTATIVES OF EACH PARTY. BY OPENING THIS PACKAGE, LICENSEE AGREES TO ACCEPT THE TERMS OF THIS AGREEMENT.

## CONTRAT DE LICENCE DESTINÉ À L'UTILISATEUR FINAL

AVANT D'OUVRIR CET EMBALLAGE, VEUILLEZ LIRE ATTENTIVEMENT LES CLAUSES ET LES CONDITIONS CI-DESSOUS. OUVRIR CET EMBALLAGE IMPLIQUE QUE VOUS ACCEPTEZ CES CLAUSES ET CONDITIONS. EN CAS DE DÉSACCORD, VEUILLEZ RETOURNER L'EMBALLAGE FERMÉ ET VOUS SEREZ REMBOURSÉ.

1. « Logiciel » : programme électronique contenu dans cet emballage (qui peut inclure des données de champs de caractères encodées numériquement, exploitables par la machine, qui peuvent être réduites ou augmentées en proportion, encodées dans un format spécial), avec tous les codes, techniques, outils de programmation, conceptions, concepts, méthodes et idées associés au programme informatique et toute la documentation qui s'y rapporte.

2. Agfa Division, Bayer Corporation (désignée ci-dessous sous le nom d' « Agfa »), vous octroie par la présente, et vous êtes d'accord pour accepter, une licence non exclusive, non transférable, limitée (« la licence ») pour utiliser le logiciel uniquement pour votre usage commercial ou personnel courant à l'adresse mentionnée sur la carte d'enregistrement que vous devez retourner à Agfa. La licence ne vous est pas octroyée pour utiliser le logiciel contenu dans les supports de CD-ROM sauf si vous avez acquitté le droit de licence à Agfa ou à son revendeur agréé et obtenu les clés d'accès de la police de caractères. Conformément aux clauses de ce contrat, vous avez le droit d'utiliser le logiciel sur un ordinateur unique et une imprimante associée (le « système informatique »). Si vous devez avoir accès au logiciel sur plus d'un système informatique, vous devrez payer à Agfa les droits applicables énoncés dans la liste de prix publique d'Agfa concernant les polices de caractères utilisées dans un environnement multisystème. Vous reconnaissez que les droits de licence pour les formats Macintosh et PC sont séparés et individuels.

3. Agfa se réserve tous les droits, titre et intérêt pour le logiciel et aucun droit ne vous est accordé excepté une licence pour utiliser le logiciel selon les clauses énoncées expressément dans ce contrat.

4. Pour protéger les droits de propriété d'Agfa, vous acceptez de garder confidentiellement le logiciel et les informations privées et d'établir des procédures raisonnables pour son accès et son utilisation.

5. Vous ne ferez pas, ne ferez pas faire de copies, ni ne permettrez pas de copier tout ou une partie du logiciel sauf pour faire une copie de sauvegarde destinée être utilisée avec le nombre de systèmes énoncés ci-dessus. Vous êtes d'accord que chacune de ces copies contiendra les mêmes notifications de propriété qui apparaissent sur ou dans le logiciel.

Sauf comme énoncé ci-dessus, ce contrat ne vous donne pas de droits aux brevets, copyrights, secrets industriels, noms de marque, marques de fabrique (déposées ou non) ou tout autre droit, franchise ou licence relatif au logiciel.

2

7.0
1996

# End User License Agreement

YOU SHOULD CAREFULLY READ THE FOLLOWING TERMS AND CONDITIONS BEFORE OPENING THIS PACKAGE. BY OPENING THIS PACKAGE YOU INDICATE YOUR ACCEPTANCE OF THESE TERMS AND CONDITIONS. IF YOU DO NOT AGREE WITH THEM, PROMPTLY RETURN THE PACKAGE UNOPENED AND YOUR MONEY WILL BE REFUNDED.

1. "Software" means the computer program contained in this package (which may include digitally encoded, machine readable, scaleable outline font data as encoded in a special format), together with all codes, techniques, software tools, formats, designs, concepts, methods and ideas associated with the computer program and all documentation related thereto.

2. Agfa Division, Bayer Corp. ("Agfa"), hereby grants to you, and you agree to accept, a non-exclusive, non-transferable, limited license ("the License") to use the Software solely for your own customary business or personal purposes at the address stated on the registration card you return to Agfa. You do not have a License to use Software contained on CD ROM media unless you have paid the applicable License fee to Agfa or its authorized dealer, and obtain the proper Typeface access keys. Under the terms of this License Agreement, you have the right to use the Software on up to five (5) computers and to download the Software to the memory of one output device connected to at least one of such computers, where the Software will remain resident in the output device (the "Computer System"). If you purchase an entire library, you have the right to use the Software on up to ten (10) computers and to download the Software to the memory of one output device connected to at least one of such computers, where the Software will remain resident in the output device. If you need to have access to the Software on more than one Computer System, you must pay Agfa the applicable fees set forth in Agfa's then published price list for Typefaces used in a multi-system environment.

Under the terms of this License Agreement, you also have the right to take a copy of the Software you have used for a particular file to a commercial printer or service bureau, provided such commercial printer or service bureau has notified you that it has a License for the particular Software.

If this package contains Software which may be used on more than one computing platform (e.g., Macintosh® and Windows®), the total number of copies that you make may not exceed the number permitted under this License Agreement.

Agfa retains all right, title and interest to the Software and no rights are granted to you other than a License to use the Software on the terms expressly set forth in this Agreement.

3. To protect the proprietary rights of Agfa, you agree to maintain the Software and other proprietary information in strict confidence and to establish reasonable procedures regulating access to and use of the Software.

4. You will not make or have made, or permit to be made, any copies of the Software or portions thereof, except as necessary provided, however, that you may make one copy for backup purposes for each computing platform (e.g., Macintosh and Windows) for its use with the authorized number of systems hereunder. You agree that any such copies shall contain the same proprietary notices which appear on or in the Software.

5. Except as stated above, this Agreement does not grant you any rights to patents, copyrights, trade secrets, trade names, trademarks (whether registered or unregistered), or any other rights, franchises or licenses in respect of the Software.

6. You agree that you will not modify, alter, disassemble, decrypt, reverse engineer or decompile the Software.

7. You agree that you may not use an EPS or other Graphic File Format Image in a manner where the Image becomes the primary aspect of a product for resale, i.e., if an Image was used on the product to sell the product.

8. This License shall continue until the last use of the Software, unless sooner terminated. This License may be terminated by Agfa if you fail to comply with the terms of this License and such failure is not remedied within thirty (30) days after notice from Agfa. When this License expires or is terminated, you shall either return to Agfa or destroy all copies of the Software as requested.

9. You agree that you will not export or re-export the Software in any form without the appropriate United States and foreign government licenses.

10. THE PARTIES AGREE THAT ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY AND NONINFRINGEMENT ARE EXCLUDED.

11. Your sole and exclusive remedy and the sole liability of Agfa or its suppliers in connection with the Software is repair or replacement of defective parts, upon their return to Agfa. IN NO EVENT WILL AGFA OR ITS SUPPLIERS BE LIABLE FOR LOST PROFITS, LOST DATA, OR ANY OTHER INCIDENTAL OR INCONSEQUENTIAL DAMAGES, OR ANY DAMAGES CAUSED BY ABUSE OR MISAPPLICATION OF THE SOFTWARE.

12. You shall not sublicense, sell, lease, or otherwise transfer the Software without the prior written consent of Agfa. You may, however, transfer all your rights to the Software to another person or entity provided that you transfer this Agreement and transfer the Software, including all copies thereof, to such person or entity and that you do not retain any copies, including copies stored on a computer.

13. Use, duplication or disclosure by the Government is subject to restrictions as set forth in Technical Data and Computer Software clause at FAR 252.227-7013, subdivision (b)(3)(ii) or subparagraph (c)(1)(ii), as appropriate. Further use, duplication or disclosure is subject to restrictions applicable to restricted rights software as set forth in FAR 52.227-19(c)(2).

14. MASSACHUSETTS LAW GOVERNS THIS AGREEMENT.

YOU ACKNOWLEDGE THAT YOU HAVE READ THIS AGREEMENT, UNDERSTAND IT, AND AGREE TO BE BOUND BY ITS TERMS AND CONDITIONS. NEITHER PARTY SHALL BE BOUND BY ANY STATEMENT OR REPRESENTATION NOT CONTAINED IN THIS AGREEMENT. NO CHANGE IN THIS AGREEMENT IS EFFECTIVE UNLESS WRITTEN AND SIGNED BY PROPERLY AUTHORIZED REPRESENTATIVES OF EACH PARTY. IF ANY PART OF THIS AGREEMENT IS FOUND VOID AND UNENFORCEABLE, IT WILL NOT AFFECT THE BALANCE OF THE AGREEMENT, WHICH SHALL REMAIN IN FULL FORCE AND EFFECT. BY OPENING THIS PACKAGE, LICENSEE AGREES TO ACCEPT THE TERMS OF THIS AGREEMENT.

To order, call 1-800-424-TYPE if calling from within the US, or see back page for your local Agfa contact.

# CREATIVE ALLIANCE

# End User License Agreement

8.0 1997

MONOTYPE TYPOGRAPHY INC. END USER LICENSE AGREEMENT: THIS IS A BINDING CONTRACT. BY CLICKING ON THE BOX MARKED "I ACCEPT THE TERMS", OR BY OPENING THE PACKAGE IN WHICH THE SOFTWARE IS CONTAINED, YOU ACCEPT ALL THE TERMS AND CONDITIONS SET FORTH BELOW. IF YOU DO NOT WISH TO BE BOUND BY SUCH TERMS AND CONDITIONS, YOU CAN-NOT USE OR DOWNLOAD THE SOFTWARE AND YOU MAY RETURN THE PACKAGE UNOPENED AND YOUR MONEY WILL BE REFUNDED.

This package contains software ("Software") and related documentation ("Documentation"). The term "Software" includes both "Application Software" and "Font Software" as defined below and means the machine readable software programs and associated files, and includes any upgrades, modified versions and copies of the Software licensed to you by Monotype Typography Inc., its subsidiary Monotype Typography Ltd., and Monotype's suppliers (hereafter collectively "Monotype"). As used herein, "Font Software" means coded and encrypted Software that generates typeface or typographic designs or ornaments when used with appropriate hardware and software. As used herein, "Application Software" means Software that performs tasks other than or in addition to the generation of typeface or typographic designs or ornaments. As used herein, "Licensed Unit" means up to five (5) computers connected to no more than one (1) printer with a hard drive, all located at a single geographic location. If you have acquired an entire Font Software Library (that is, if you have paid for and acquired a license for all Font Software which is distributed as part of the Software), and such Font Software Library shall be used only at a single geographic location, then "Licensed Unit" means up to twenty (20) computers connected to no more than two (2) printers with hard drives at such geographic location.

You do not have a right or license to use the Software and Documentation unless you have paid the application license fee to Monotype, or its authorized dealer, and have obtained the proper typeface access keys and have specifically agreed to the following terms and conditions: Subject to the foregoing, Monotype grants you a non-exclusive license to use the Software and Documentation upon the following terms and conditions:

1. You may install and use Font Software in a Licensed Unit for the purpose of reproducing typeface and typographic designs and ornaments. If the number of computers or printers with which you want to use Font Software exceeds those set forth in the definition of Licensed Unit above, then you must notify Monotype or its authorized dealer and request an appropriate site license covering all units in which Font Software will be used or stored and for which an additional fee will be charged. You may make one back-up copy of Font Software for archival purposes only, and you shall retain exclusive custody and control over such copy. The license granted herein is effective until terminated. Monotype has the right to terminate your license immediately if you fail to comply with any term of this Agreement. Upon termination, you must destroy the original and any and all copies of the Software and Documentation.

2. Provided the Font Software is configured for network use, you may install and use the Font Software on a single file server for use on a single local area network ("LAN") for either (but not both) of the following purposes: (i) permanent installation onto a hard disk or other storage device of a Licensed Unit for use only by the computers and single printer which are part of such Licensed Unit; or (ii) use of the Font Software over such LAN, provided that the number of computers on which the Font Software is used does not exceed the number of computers in a Licensed Unit or, if such number of computers is exceed, a site license is obtained for the proper number of licensed computers. For the purpose of determining the proper number of computers for which a license is needed, the following example is supplied for illustration purposes only: If there are 100 computers connected to the server, with no more than 15 computers ever using the Font Software concurrently, but the Font Software will be used on 25 different computers at various points in time, you must acquire a site license for 25 computers.

3. You may install and use Application Software in a single computer. If you wish to use Application Software on more than one computer at a single geographic location, you must notify Monotype or its authorized dealer and request an appropriate site license covering all units in which the Application Software will be used or stored and for which an additional fee will be charged.

4. If the Software licensed hereunder is Font Software, you may take a digitized copy of the Font Software used for a particular document to a commercial printer or service bureau for use by the printer or service in printing such document but only if the printer or service bureau specifically represents to you that it has purchased or been granted a license to use that particular Font Software. You may embed Font Software into a document for the sole purpose of printing or viewing such document, and not for editing or altering such document. If you intend to edit or alter a document with embedded Font Software, you must request and receive from Monotype or its authorized dealer a Multi-User license agreement for which an additional fee will be charged.

5. You agree that the Software and the Documentation, and all copies thereof, are owned by Monotype and its structure, organization, and code are valuable property of Monotype and/or its suppliers. You acknowledge that the Software and the Documentation is protected by the United States Copyright Law, by the copyright and design laws of other nations, and by international treaties. You agree to treat the Software and Documentation as you would any other copyrighted material, such as a book. You may not copy the Software or the Documentation, except as expressly provided herein. Any copies that you are permitted to make pursuant to this Agreement must contain the same copyright, trademark, and other proprietary notices that appear on or in the Software or Documentation. You agree not to modify, adapt, translate, reverse engineer, decompile, disassemble, alter, or otherwise attempt to discover the source code of the Software, provided, however, that if you are located in a European Community member country, you may reverse engineer or decompile the Software only to the extent that sufficient information is not available for the purpose of creating an interoperable software program (but only for such purpose and to the extent that sufficient information is not provided by Monotype upon written request). You agree to use trademarks associated with the Software according to accepted trademark practice, including identification of the trademark owner's name. Trademarks can only be used to identify printed output produced by the Software. The use of any trademark as herein authorized does not give you any rights of ownership in that trademark and all use of any trademark shall inure to the sole benefit of the trademark owner. This Agreement does not grant you any rights in or to intellectual property rights in the Software, the Documentation, and any associated trademarks. You do have the right to modify and alter Font Software for your customary personal and business use, but not for resale or further distribution.

6. You may not rent, lease, sublicense, give, lend, or further distribute the Software or Documentation, or any copy thereof, except as expressly provided herein. You may transfer all your rights to use the Software and Documentation to another person or legal entity provided that (i) the transferee accepts and agrees to be bound by all the terms and conditions of this Agreement, and (ii) you destroy all copies of the Software and Documentation, including all copies stored in the memory of a hardware device. Without limiting the generality of the foregoing, you agree that you will not distribute or disseminate all or any part of the Software through any on-line service and you further agree that any such intentional distribution shall constitute a theft by you of a valuable property of Monotype and/or its suppliers.

7. Monotype warrants to you that the Software will perform substantially in accordance with the Documentation for the ninety (90) day period following your receipt of the Software. To make a warranty claim, you must return the Software to the location from which you obtained it along with a copy of your sales receipt within such ninety (90) day period. If the Software does not perform substantially in accordance with the Documentation, the entire and exclusive liability and remedy shall be limited to either, at Monotype's option, the replacement of the Software or the refund of the license fee you paid for the Software. MONOTYPE AND ITS AUTHORIZED DEALERS DO NOT AND CANNOT WARRANT THE PERFORMANCE OR RESULTS YOU MAY OBTAIN BY USING THE SOFTWARE OR DOCUMENTATION. THE FOREGOING STATES THE SOLE AND EXCLUSIVE REMEDIES FOR MONOTYPE'S OR ITS SUPPLIERS' BREACH OF WARRANTY. EXCEPT FOR THE FOREGOING LIMITED WARRANTY, MONOTYPE, ITS AUTHORIZED DEALERS, AND ITS SUPPLIERS MAKE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO NON-INFRINGEMENT OF THIRD PARTY RIGHTS, MERCHANTABILITY, OR FITNESS FOR ANY PARTICULAR PURPOSE. IN NO EVENT WILL MONOTYPE, ITS AUTHORIZED DEALERS, OR ITS SUPPLIERS BE LIABLE TO YOU FOR ANY CONSEQUENTIAL, INCIDENTAL OR SPECIAL DAMAGES, INCLUDING ANY LOST PROFITS, LOST DATA OR LOST SAVINGS, EVEN IF A MONOTYPE REPRESENTATIVE OR AN AUTHORIZED DEALER OR SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM AGAINST YOU BY ANY THIRD PARTY. Some states or jurisdictions do not allow the exclusions or limitations of incidental, consequential or special damages, so the above exclusion may not apply to you. Also, some states or jurisdictions do not allow the exclusions of implied warranties or limitations on how long an implied warranty may last, so the above limitations may not apply to you. To the extent permitted by law, any implied warranties not excluded are limited to ninety (90) days. Some jurisdictions do not permit a limitation of implied warranties where the product results in injury or death so that such limitations may not apply to you. In those jurisdictions, you agree that Monotype's or its authorized dealers' or suppliers' liability for such injury or death shall not exceed One Hundred Thousand Pounds (U.K. £100,000), provided that such jurisdictions permit a limitation of such liability. This warranty gives you specific legal rights. You may have other rights that vary from state to state or jurisdiction to jurisdiction. For further warranty information, please contact the Authorized Dealer from which you received the Software and Documentation.

8. You agree that this Agreement will be governed by the laws of Illinois applicable to contracts wholly performable within such state. This Agreement will not be governed by the United Nations Convention of Contracts for the International Sale of Goods, the application of which is expressly excluded. If any part of this Agreement is found void and unenforceable, it will not affect the validity of the balance of the Agreement, which shall remain valid and enforceable according to its terms. You agree that the Software will not be shipped, transferred or exported into any country or used in any manner prohibited by the United States Export Administration Act or any applicable export laws, restrictions or regulations. This Agreement shall automatically terminate upon failure by you to comply with its terms. This Agreement may only be modified in writing signed by an authorized officer of Monotype or an authorized dealer. Unpublished-rights reserved under the copyright laws of the United States and other jurisdictions. If this Agreement sublicenses to you the right to use Font Software in the PostScript format, then upon any termination of the license agreement between Monotype and Adobe Systems Incorporated (hereafter "Adobe"), Monotype's rights and obligations under this Agreement shall automatically be assigned to Adobe. All rights reserved. Notwithstanding the foregoing, to the extent that any law, statute, treaty, or governmental regulation shall be deemed by a court to provide you with any additional or different rights from those provided herein and such rights shall be deemed non-waiveable as a matter of law and to supersede the rights specifically provided herein, then such law, statute, treaty, or governmental regulation shall be deemed to be made a part of this Agreement. To the extent that any such rights created by any law, statute, treaty or governmental regulation are waiveable, you agree that your acceptance of this agreement shall constitute an irrevocable waiver of such rights. This End User License Agreement may be enforced by Monotype or by an authorized dealer acting on behalf of Monotype.

9. If this product is acquired under the terms of a (i) GSA contract - use, reproduction or disclosure is subject to the restrictions set forth in the applicable ADP Schedule contract, (ii) DoD contract - use, duplication or disclosure by the Government is subject to restrictions set forth in subparagraph (c)(1)(ii) of 252.277-7013; (iii) Civilian agency contract - use, reproduction, or disclosure is subject to 52.277-19(a) through (d) and restrictions set forth in the accompanying End User Agreement.

10. NOTICE TO GOVERNMENT END-USERS. Use, duplication or disclosure by the Government is subject to restrictions set forth in Technical Data and Computer Software clause at FAR 252.277-7013, subdivision (b)(3)(ii) or subparagraph (c)(1)(ii), as appropriate. Further use, duplication or disclosure is subject to restrictions applicable to restricted rights software as set forth in FAR 252.227-19(c)(2).

11. You may not use an Encapsulated PostScript® File or other graphic file format image in a manner where the image becomes the primary aspect of a product for resale, i.e., if an image was used on the product to sell the product.

97.3 MTI End-User License

| | | |
|---|---|---|
| **AACHEN** | | |
| Bd | 1890 | AEGK |
| | | volume include |
| Md | 13887113 | AEGK |
| **AARDVARK** | | FONT B |
| | 10211113 | AEGK |
| Bd | 10212113 | AEGK |
| | | volume include |
| **ABACUS** | | PANAC |
| | 13810113 | AEGK |
| **ABADI** | | ABADI |
| ExLt | 15123113 | AEGK |
| ExLtIt | 15124113 | AEGK |
| | 15125113 | AEGK |
| It | 15126113 | AEGK |
| Bd | 15127113 | AEGK |
| BdIt | 15128113 | AEGK |
| | | ABADI |
| Lt | 15129113 | AEGK |
| LtIt | 15130113 | AEGK |
| ExBd | 15131113 | AEGK |
| ExBdIt | 15132113 | AEGK |
| | | ABAD |
| LtCd | 15071113 | AEGK |
| Cd | 15072113 | AEGK |
| CdBd | 15073113 | AEGK |
| CdExBd | 15074113 | AEGK |

X = Exclusive     = Mac Only