# EXHIBIT E

Guest   Log In   ★My Favorites     100% SECURE SHOPPING CART   View Cart 🛒 0 Items   **$0.00 TOTAL**
CHECKOUT


eInvite.com

HAVE A QUESTION? WE'RE HERE TO HELP!
CALL 888-EINVITE (346-8483)

WEDDING   BAR & BAT MITZVAH   PARTY   BABY   GIFTS   HOLIDAY CARDS   BUSINESS   STATIONERY

SEARCH OUR SITE       GO

## Popular Links ~

Holiday Cards
Modern Wedding Invitations
Holiday Photo Cards
Moving Announcements
Birthday Invitations
Bar & Bat Mitzvah Invitations

## Wedding Invitation Etiquette~

Selecting Your Invitation
Ordering
Wording Your Invitation
Wording Your Invitation - Examples
The "Did You Remember" Checklist
The Invitation Ensemble
Additional Wedding Trousseau Items
Assembling the Invitation Ensemble
Addressing the Envelope
Glossary of Terms

## Stationery ~

Notecards
Packaged Sets
Sheets
Notepads
Letterpress
All

## Gift Boutique ~

Pens
Great Gifts Under $25

## Frequently Asked Questions ~

Creativity knows no bounds! Until you have a question. So, to keep your creative powers on task, here are the answers to the most frequently asked questions.
If you don't find the answer to your question, contact us by calling 888-EINVITE (346-8483) or emailing CustomerService@eInvite.com.

About eInvite.com
Invitation Etiquette
Wording and Ordering
Oops! I need to make changes to my order
Ordering samples
Maximizing your custom studio
Contacting eInvite
Partnership Inquiries

Return policy
Password questions
Security
Privacy policy
Copyright and Warrants
Glossary of terms
Accented characters other symbols
What our customers have to say

### About eInvite.com

**What makes eInvite different than other online stationery stores?**
eInvite is powered by CheckMate™. This special preview technology enables you to personalize your item with your choice of ink colors, lettering styles and sizes, wording, and more. And then see the exact typeset copy of your item (called a "preview") online immediately. Once you submit your order to us, this exact replica is sent directly to the printer's presses within seconds. Because your wording does not have to be retyped into the printer's system, CheckMate™ saves time and mistakes!
With nearly 1000 designs, hundreds of typestyles, ink colors, paper options and graphics, eInvite offers the most complete array of personalization options available for you to create and view (preview) online.

**How do you select the designs you place on eInvite?**
eInvite was created to offer a complete selection of high quality items with varying designs and price levels. An in-house team of established artists carefully selects each design according the following five standards:
Quality of materials
Printer craftsmanship
Integrity of the design
Accuracy and speed
Overall value

### Invitation Etiquette

To learn everything you need to know about invitations use our Invitation Etiquette guide. The guide includes rules of etiquette, what to select, how to word, how many to order, the purpose of accessories, and much more!
Back to Top

### Wording and ordering

**I'm concerned about how to word my invitation. Who can I ask?**
You have two options. You can either check with our Wording Etiquette

Gift Wrap
All

 eInvite.com

Like  1,380

helper or, if you're still concerned, email our etiquette and design specialist at etiquette@eInvite.com.

### How long will it take to receive my order?
Most orders are completed and shipped within three days of receiving your order. Allow a few extra days for special orders. Your chosen shipping method will determine how long it will take in transit. You will receive an email confirming your order and a second email notifying you that it has been shipped.

### When should I order my invitations?
Most invitation experts suggest ordering your invitation three to six months in advance. You should be prepared to mail them at least six weeks in advance. If you are inviting a large number of out-of-town guests, or if your event is to be held during a popular vacation time, we suggest sending an advance save-the-date card.

### When should I order birth announcements?
You should select and customize your announcements well ahead of time so that you can order online as soon as your little one is born. If you don't know the baby's gender, set up two orders—one for a boy and one for a girl. Be sure to give each order a separate name on the sign so you'll know which one to submit when the time comes.
It is best to pre-order the envelopes (be sure to order extra for addressing mistakes). You and your family can address the envelopes in advance and have them ready to go! If you don't know your child's gender, select a neutral color envelope such as white, cream, yellow or purple.

Back to Top

## Oops! I need to make changes to my order.

### I just emailed my order and I found a mistake. What should I do?
CheckMate™ enables us to send your order to the printer's presses immediately. If the printer is busy, you may have a little time to stop the order. If you find a mistake, email us immediately at changeorder@einvite.com. We will attempt to notify the printer before their work is completed. You will be responsible, however, if it cannot be stopped in time. So, please check your order carefully before you submit it. We will notify you as to the outcome.

### I need more than I ordered.
Email us immediately if you discover that you need to increase the quantity. We will try to catch the order before it has been printed. The price for an additional 25 is always a better value than a new order for 25. If you are close to your guest count, you may consider ordering an extra twenty-five in case of mistakes or last minute additions. If the order cannot be stopped before it is printed, you will be charged at the new order price. We will notify you to let you know whether the order was stopped in time or not.

### I want to add another accessory to my order.
Adding an accessory can always be treated as a separate order. You will not be charged an additional fee for this.

Back to Top

## Ordering Samples

### I would like to see a sample of the invitation. Can you send me one?
We offer samples for most of our personalized products. If a sample is available for an item, a button titled ;Send Me a Sample; is displayed on the right side of the product page—the page with a detailed description, pricing and large view of the item. Simply click this button and a sample is added to your shopping cart. You will notice a nominal fee to cover material costs and shipping via the U.S. Postal Service.

Back to Top

### Maximizing your custom studio

Let eInvite help you organize your gift giving. With eInvite you can set up as many orders as you like and order them when you are ready. Perhaps you found stationery that your mother would love, but her birthday isn't for another two months. Set up an order called "mothers stationery" in your work area, customize it to your liking, even email it to your sister for her opinion. Then a week or two before her birthday submit your order. Stationery makes great holiday and teacher gifts as well!

Back to Top

### Contacting eInvite

A customer service representative would be delighted to answer your questions. You can reach us Monday-Friday 9am-6pm EST by dialing 888-EINVITE (346-8483) or email us at CustomerService@eInvite.com.

Back to Top

### Return policy

**What is your return policy?**
eInvite takes great pride in providing the very best in quality and service. If you are dissatisfied for any reason, please let us know. We will gladly reprint your order. Just contact a customer service representative at 888-EINVITE (346-8483) or email us at CustomerService@eInvite.com. within seven days.

Back to Top

### Password questions

**I forgot my password and I want to continue personalizing my order.**
Not a problem. Simply click on e-mail password, from here or the login page. We will email your password to you.

Back to Top

### Security

eInvite uses a secure server with SSL (Secure Socket layer) technology to protect the security of your order information. SSL encrypts your personal information so that it cannot be decoded by anyone other than eInvite. eInvite is certified by DigiCert.

Back to Top

### Privacy policy

eInvite.com understands the security and privacy concerns that its customers may have about the Internet. At eInvite.com we are committed to protecting your privacy and to taking all necessary steps to provide our customers a safe and secure shopping experience. Please see our privacy policy.

Back to Top

### Copyright and Warrants

eInvite respects the intellectual property of designers, photographers and artists. For that reason, eInvite requires that you warrant that your Products do not infringe upon any rights of any third party, including property rights, intellectual property rights (copyrights and trademarks) or rights of others. By submitting your personalization, art or photo through this site, you are warranting that you have all required rights or permissions necessary as well as the authority to incorporate third party material into your Products, and you authorize eInvite to produce the Products on your behalf.

Back to Top

### Partnership Inquiries

For partnership opportunities with einvite.com, please contact us at
busops@einvite.com.
Back to Top

## Glossary of Terms

### Applique
A decoration or ornament applied to a larger surface.

### Bavarian Flap Envelopes
A Checkerboard brand exclusive, these beautiful envelopes are custom-made for Checkerboard's slender, vertical invitations. They feature a squared flap on the narrow end of the tall envelope and are available only as Single Envelopes.

### Beveled
Used to indicate that an edge is slanted (not at a right angle).

### Blind Embossing
Same as ;embossing; defined below, only blind embossing uses no color of any kind other than the color of the paper itself.

### Calligraphy
Literally this simply means ;beautiful writing; but today is used to mean wording created by hand, not with typesetting machinery. Many of our elegant invitations utilize calligraphy as part of the design.

### Double Envelopes
The traditional set of two envelopes used with formal invitations and announcements. The Outer Envelope is addressed to the guest and has the senders return address printed on the back. The inner envelope, with the invitation and accessories, is placed inside the outer envelope so that it arrives in pristine condition. The inner envelope carries only the guests' names. Since the Inner Envelope is thought of as the primary envelope because it holds the invitation directly, this is the one that will be lined if you choose a liner. The Inner Envelope is not gummed, therefore is not sealed shut.

### Embossing
Raising in relief from a surface. In printing, to press paper into the cavities in a metal die leaving three-dimensional words or designs on the paper. Embossing can be combined with Foil-Stamping or printing methods using ink.

### Envelopes
Bavarian Flap Envelopes – (see Bavarian Flap Envelopes)
Double Envelopes – (see Double Envelopes)
French Flap Envelopes – (see French Flap Envelopes)
Inner Envelopes – (see Double Envelopes)
Liners – (see Liners below)
Outer Envelopes – (see Double Envelopes)
Single Envelopes – (see Single Envelopes)
Square Envelopes – (see Square Envelopes)
Wallet Flap Envelopes – (see Wallet Flap Envelopes)

### Faux
A fashionable term from French to indicate something made to look like it is something else. Literally this means ;false.;

### Foil Stamping
Colored foil heat-stamped into the paper. Foils usually have a metallic finish in either matte or high gloss.

### Folded
Used to indicate paper that is folded either at the top or along the left side. On a traditional, side-fold invitation, the wording is printed on the outside cover with the inside right and left panels entirely blank. If decoration is on the cover, the wording is printed on the inside right panel of a side-fold paper and the bottom panel of a top-fold. One item, "Under the Chuppah" is tri-fold with a fold on the right and left sides allowing three panels of printing when fully opened. Another, "L'Amour", is folded twice from the bottom, then opens from below to reveal vertical printing along the entire inside.

### Font
The font refers to the style of lettering, also called ;typestyle;, or ;lettering style.;

### French Flap Envelopes
Custom-made for the Checkerboard brand's slender, vertical invitations, these uniquely beautiful envelopes feature a stunning, long, pointed flap on the narrow end of the tall envelope. French Flap Envelopes are available only as Single Envelopes.

### Inner Envelopes
See Double Envelopes.

### Layers
Generally used to indicate layers of paper tied or glued together. If the top layer is transluscent parchment and the lower layer is decorative, you see a muted version of the lower layer through the parchment.

### Liners
Decorative papers used to line the inside of an Inner Envelope or a Single Envelope. Some brands honor the age-old craft of lining envelopes by hand and line the full length of the envelope.

### Line Spacing
Also called "leading", this refers to the space between the text lines. During the customization process, you can increase or decrease the space between the lines by clicking on the line spacing link on the customization pages.

### Lithography
Technical term for what many people call flat printing. Lithography creates watercolor effects and pale background designs. The ink is literally flat with a matte finish.

### Monograms
A decoration using the initials of a name. When the middle letter of a person's monogram is larger than the side two, the sequence of initials is first name on the left, surname in the middle, then middle name on the right. When all letters are the same size, the sequence of initials from left to right is first name, middle name, then surname. If you are combining the bride's name with the groom's, you must use the format with the middle letter larger. In this case, the sequence of initials is the bride's first name on the left, mutual surname in the middle, and the groom's first name on the right.

### Outer Envelopes
See Double Envelopes.

### Panel
A raised section of the paper created by pressing the middle section where the words will be printed down leaving the raised area looking like a frame or matt. Alternately, the term is used to indicate pages facing each other such as on a tri-fold invitation which, when opened fully, has a left panel, middle panel, and right panel.

### Parchment
A translucent paper made to look like the original parchment. This lovely paper adds a softening effect to any invitation and can be used either singly or as a layer. Other companies may call this paper ;vellum.;

### Single Envelopes
A single envelope with a gummed flap into which the invitation is slipped directly and then sealed shut. Single Envelopes may be printed on the back flap for social correspondence and lined for added elegance.

### Single-Layer
used to indicate a single card without a fold.

### Snow
Term used by the Checkerboard brand for a handsome, textured, white and sturdy paper covered with tiny, bluish-gray flecks. The paper was designed to simulate hand-made paper.

### Square Envelopes

Any envelope sized to fit a square invitation. Square Envelopes are available only as Single Envelopes.

### Thermography
A contemporary printing method using heat and a fine resin to create a rich, raised effect with the ink. A clear powder is dusted onto the flat ink of lithography just after it is printed, then heated to give the raised effect. eInvite uses the highest quality thermography to print your wording on many of the designs.

### Trapunto
A decorative design in high relief.

### Trompe l'Oeil
A French term meaning 'trick/deceive the eye' used to describe a visual effect that looks like something it is not.

### Vellum
An opaque, smooth-finish, sumptuous paper. Other companies may use this term to refer to parchment paper (see above).

### Wallet Flap Envelopes
A standard rectangular envelope with the opening along the long side and a squared flap. Wallet Flap Envelopes for invitations are available as either Double Envelope sets or Single Envelopes.

Back to Top

---

**Guest**   Log In   ★My Favorites          100% SECURE SHOPPING CART   View Cart 🛒   0 Items   **$0.00 TOTAL**
CHECKOUT



HAVE A QUESTION? WE'RE HERE TO HELP!
**CALL 888-EINVITE (346-8483)**

**WEDDING**   **BAR & BAT MITZVAH**   **PARTY**   **BABY**   **GIFTS**   **HOLIDAY CARDS**   **BUSINESS**   **STATIONERY**

**Helpful Wedding Information ~** Etiquette Guide, Destination Guide

**"eInvite Difference" ~** About, eInvite in the News, FAQs, Jobs, Privacy Policy, Shipping Information, Site Map

**eInvite Social ~** Blog (eInvite's Insights), Follow Us on Twitter

© 2014 eInvite.com       216 West Boylston St., West Boylston, MA, 01583       CustomerService@eInvite.com

 
SSL Certificate