# EXHIBIT G



My Account　Shopping Cart

Search　GO

**WEDDING | BAR & BAT MITZVAH | PARTY | STATIONERY | HOLIDAY | BABY | FUSION | CB LIFESTYLE | ALBUMS | NEW!**

## Dealer Links

- My Account
- Orders In Progress
- Submitted Orders
- Order Albums
- Dealer Resources
- View Account Info
- Email Order Form
- Privacy Policy
- Upload Artwork

# Dealer Resources

To download these Portable Document Files (PDFs), you'll need Adobe Acrobat Reader. If you do not have this program installed on your computer, click on the Adobe icon to download it.



| FAQs, Video Tutorials, Step-By-Steps and Webinars | |
|---|---|
| Custom Cameos | Custom Layers FAQs |
| Digital Photo Upload FAQs | Digital Photo Upload Step by Step |
| EasyInvite.com Simple Training | EasyInvite Dealer Training |
| Enhanced Checkernet Tools FAQs | The Future of Inviting Training |
| How to Send Artwork as a PDF | Online Ordering FAQs |
| New Dealer Tools Video Tutorial via youtube.com | |
| Digital Photo Upload Video Tutorial via youtube.com | |
| Custom Layer Tool Video Tutorial via youtube.com | |
| Sample Ordering Video Tutorial via youtube.com | |
| Printable Proof Video Tutorial via youtube.com | |
| EasyInvite Set Up Steps Video Tutorial via youtube.com | |
| Envelope Sealing Video Demo via youtube.com | |
| **Forms** | |
| Addressing Order Form | Album Order Form |
| Hebrew Conversion Chart | Holiday Order Form |
| Jewish New Year Order Form | Personalized Order Form - CB Lifestyle |
| Personalized Order Form | Proof Cover Sheet |
| **Customization Assets** | |
| Envelope Decorations | Extra Stamp Motifs |
| Hebrew Font List | Motifs |
| Ribbons & Knots | Typestyle List |
| **Informational** | |
| Dealer Dollars Incentive Program | CB Lifestlye Pricing |
| Mailing and Assembly | Paid Rush Services |
| Reduce, Reuse & Recycle | Save the Date Tips |
| Shipping Rates/Production Times | Signature Etiquette for Cards |
| **Applications** | |
| Account Application | Artwork Licensing Agreement |

| Invitation Collections | |
|---|---|
| A Fine Romance Wedding Collection | Fusion Wedding Collection |
| Jewish New Year | Rooted Bar & Bat Mitzvah Collection |
| Timeless Wedding Collection | |
| **CB Lifestyle Collections** | |
| Ceramics | Cutting Boards |
| Decals | Favors |
| Guest Books | Napkin Rings |
| Outdoor Pillows | Photo Banners |
| Place Settings | Ring Pillows |
| Event Signage | Table Numbers |
| Throw Pillows | Throw Rugs |
| Wall Decor | Wine Glass Shades |
| **Promotion Assets** | |
| Checkerboard Logo | Fusion Poster |
| **Price Pages** | |
| A Fine Romance Price Booklet | A Marry Occasion Price Booklet |
| Bar & Bat Mitzvah Update Price Booklet | Blue Moon Price Booklet |
| Brides Wedding Price Booklet | Checkerborders Price Booklet |
| Cheers! Party Price Booklet | Escargot Price Booklet |
| Fusion Wedding Price Booklet | Generation to Generation Price Booklet |
| Instructions | Keepsake Wedding Price Booklet |
| Modern Bar & Bat Mitzvah Price Booklet | Modern Wedding Price Booklet |
| Paper Bouquet Price Booklet | Paper Palette Price Booklet |
| Rooted Bar & Bat Mitzvah Price Booklet | Simcha Bar & Bat Mitzvah Price Booklet |
| Social Butterfly Price Booklet | Soirée Price Booklet |
| Timeless Wedding Price Booklet | Tradition Price Booklet |
| Unveiled Price Booklet | |

Checkerboard in the News  |  About  |  Jobs  |  Privacy  |  Dealer Resources  |  Contact Us

© 2014 | customerservice@checkernet.com





0:01 / 2:28

### How to Use the Printable Proof Feature on Checkernet.com

 Checkerboard, Ltd. · 6 videos

Subscribe 3

427 views

Like    About    Share    Add to

**Uploaded on May 11, 2011**
Thanks for looking! This video is a demonstration of the new Checkerboard, Ltd. Printable Proof feature. We've documented all of the major steps required to print your proof directly to your office or home printer. You'll notice that there are a few changes to Checkernet. We have attempted to make the new tools intuitive and simple to use. As always, you can visit us at www.Checkernet.com for more information.

Category   How to & Style
License    Standard YouTube License

Show less


**Custom Caricatures**
by Checkerboard, Ltd.
3:44


**"Kickoff" by Checkerboard, Ltd.**
by Checkerboard, Ltd.
1:53


**BRIDES Fine Wedding Papers on Good Morning**
by Checkerboard, Ltd.
0:57


**How to Seal Our Extra Thick Envelopes**
by Checkerboard, Ltd.
0:23


**How to Seal Our Extra Thick Envelopes**
by Checkerboard, Ltd.
0:33


**Are those reebok or nike (subtitles)**
by Psiaken
1:20


**My GF's Sexy Dance Skills (Vlog #440)**
by theTimothyDeLaGhetto
10:09


**pizza!!!**
by The New Dirty Bastards
0:23


**Hey Pass Me A Beer II**
by Old Milwaukee
2:34


**SEMEN-FILLED CUPCAKE REVENGE!!**
by Philip DeFranco
6:25

