# EXHIBIT H

# CHECKERBOARD'S
## List of Typestyles

**Ad Lib - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv**
**Ww Xx Yy Zz  1234567890**

ALGERIAN - 17 POINT
A B C D E F G H I J K L M N O P Q
R S T U V W X Y Z  1234567890

*Adine - 20 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj*
*Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt*
*Uu Vv Ww Xx Yy Zz  1234567890*

*Allegro - 17 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj*
*Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt*
*Uu Vv Ww Xx Yy Zz  1234567890*

Agency - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

*Alys - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm*
*Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz  1234567890*

**Agency Bold - 18 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn**
**Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

**Alto - 15 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn**
**Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

AMEN - 16 POINT
A B C D E F G H I J K L M N O P Q R
S T U V W X Y Z  1234567890

*Ajile - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj*
*Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt*
*Uu Vv Ww Xx Yy Zz*
*1234567890*

Americana - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

*Alexa - 19 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv*
*Ww Xx Yy Zz  1234567890*

**Amigo - 18 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

2

# CHECKERBOARD'S
## List of Typestyles

Amphora - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Amphora Open Face - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Apple - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

Andante - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Anglians - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz 1234567890

Apollo - 12 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

Arabia - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Arcadia - 28 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp
Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Archangel - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

ARCHITECT - 13 POINT
ABCDEFGHIJKLMNOPQRS
TUVWXYZ 1234567890

Arid - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh
Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Aritus - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Arkona - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

# CHECKERBOARD'S

3

### List of Typestyles

*Arkona Bold - 16 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

*Avalon - 22 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz 1234567890

Avant Garde - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Avante Garde Book - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Avanti - 14 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

*Baker Script - 14 point*
Aa Bb Cc Dd Ee Ff Gg Hh
Ii Jj Kk Ll Mm Nn Oo Pp Qq
Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Bali - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

*BALLOON - 20 POINT*
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890

*Balmoral - 22 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

Balzano – 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

*Bank Script - 14 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz 1234567890

Banque - 12 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

**Banque Silhouette - 12 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

4

# CHECKERBOARD'S
## List of Typestyles

### Bard - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

### Baroque ~ 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Bauhaus - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz  1234567890

### BEATA - 16 POINT
AA BB CC DD EE FF GG HH II JJ KK LL
MM NN OO PP QQ RR SS TT UU VV WW
XX YY ZZ  1234567890

### Belucian - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz  1234567890

### Bengal - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

### Berkeley - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

### Berkeley Medium - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Bickham - 26 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

### Bickley - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz  1234567890

### Bighouse - 16 point
aa Bb cc dd ee ff gg hh ii jj
kk ll mm nn oo pp qq rr ss
tt uu vv ww xx yy zz
1234567890

### Birch - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq
Rr Ss Tt Uu Vv Ww Xx Yy Zz  1234567890

# CHECKERBOARD'S

### List of Typestyles

Blackletter – 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Blaze - 13 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Bodega – 21 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Bodega Oldstyle – 21 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Bodega Small Caps – 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp
Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Bonhomi - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq
Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Book - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Bookman - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz 1234567890**

Braganza - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Braganza Light - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**BREMEN - 14 POINT**
**A B C D E F G H I J K L M N O P Q R S T U**
**V W X Y Z 1234567890**

Britannic - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Broadpen - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Broadway - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj**
**Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt**
**Uu Vv Ww Xx Yy Zz**
**1234567890**

6

# CHECKERBOARD'S
## List of Typestyles

**Brush – 16 point**
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz  1234567890*

BUSOLI – 18 POINT
A B C D E F G H I J K L M N O P Q
R S T U V W X Y Z 1234567890

BUSORAMA – 18 POINT
A B C D E F G H I J K L M N O P Q
R S T U V W X Y Z 1234567890

BUSY · 24 POINT
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9 0

Byron – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Caliban – 21 point**
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm*
*Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz*
*1234567890*

Calligraphic – 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Calliope – 10 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

CAMELLIA · 16 POINT
ABCDEFGHIJKLMNOPQRST
UVWXYZ 1234567890

**CANCUN – 14 POINT**
**A B C D E F G H I J K L M N O P Q R**
**S T U V W X Y Z  123456789O**

Canterbury – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Canterbury Bold – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

*Capulet – 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk*
*Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv*
*Ww Xx Yy Zz  1234567890*

CARLETON – 14 POINT
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Carlin – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

# CHECKERBOARD'S

### List of Typestyles

Carlotta - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh
Ii Jj Kk Ll Mm Nn Oo
Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Carlotta Skinny - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq
Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Carver - 15 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv**
**Ww Xx Yy Zz 1234567890**

*Cascade - 16 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv*
*Ww Xx Yy Zz  1234567890*

Caslon - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Century Oldstyle - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Chalet - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

CHARLESWORTH - 14 POINT
A B C D E F G H I J K L M N O
P Q R S T U V W X Y Z
1234567890

**Cheltenham - 12 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm**
**Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

CHEVALIER - 12 POINT
A B C D E F G H I J K L M N O
P Q R S T U V W X Y Z
1234567890

Chichester - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Circus - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Citadel - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

8

# CHECKERBOARD'S
## List of Typestyles

*Classical - 20 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890*

**Clearface - 15 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890**

Cold Mountain – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

**Collier – 16 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890**

*Commercial - 16 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890*

Computer - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Conte - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Coolman - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

**Cooper - 13 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890**

*Coronet - 22 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890*

*Coronet Bold - 20 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890*

COSMIC - 16 POINT
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1234567890

**Crescent – 16 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890**

CRINOLINE - 14 POINT
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1234567890

# CHECKERBOARD'S
## List of Typestyles

**CRITTER - 20 POINT**
**A B C D E F G H I J K L M N**
**O P Q R S T U V W X Y Z**
**1234567890**

**Deco - 14 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq
Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Culture - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

**Delta - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Curlz - 17 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

**Demi - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Cyprian - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

**Doctor Seuss - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

**Dauphin - 18 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Doctor Seuss Fancy - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Debbie - 18 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

**Doghouse - 22 point**
Aa Bb Cc Dd Ee Ff Gg Hh
Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

# CHECKERBOARD'S
## List of Typestyles

Dolmen - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz 1234567890

Dutch - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Dom - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Ecru - 21 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Dom Bold - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Ecstasy - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Dom Diagonal - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Edwardian - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Dom Diagonal Bold - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Elegant - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Donatello - 14 point
AA BB CC DD EE FF GG HH II JJ KK LL MM NN
OO PP QQ RR SS TT UU VV WW XX YY ZZ
1234567890

El-Greco - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

DRAGOON - 18 POINT
A B C D E F G H I J K L M N O P Q R S
T U V W X Y Z 1234567890

# CHECKERBOARD'S

## List of Typestyles

Engravers - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Engravers Roman - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Envision – 16 point
ABCDEFGHIJKLMNOPQR
STUVWXYZ 1234567890

Eras – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Eras Bold - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz 1234567890**

Etruscan - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Evangel – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

EXHIBIT LIGHT - 16 POINT
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890

EXHIBIT REGULAR - 16 POINT
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890

EXHIBIT BOLD - 16 POINT
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890

Exotic - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**Exotic Bold - 16 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz  1234567890**

FAJITA MILD - 16 POINT
AA BB CC DD EE FF GG HH II JJ
KK LL MM NN OO PP QQ RR SS TT
UU VV WW XX YY ZZ
1234567890

FAJITA PICANTE- 16 POINT
AA BB CC DD EE FF GG HH II JJ
KK LL MM NN OO PP QQ RR SS TT
UU VV WW XX YY ZZ
1234567890

12

# CHECKERBOARD'S
## List of Typestyles

### Fancy – 12 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

### FARFEL FELT TIP – 14 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

### FARFEL PENCIL – 14 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

### Fiona – 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

### Fina – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Fina Heavy – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Fine Hand – 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

### Flemish – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

### Florence – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

### Florentine – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

### Floridian – 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

### flox – 14 point
a b c d e f g h i j k l m n o p q r s t
u v w x y z  1234567890

### Formal – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

# CHECKERBOARD'S
### List of Typestyles

*Foxglove - 18 point*
Aa Bb Cc Dd Ee Ff Gg
Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

*Francine - 16 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

*Franco - 16 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

**Franklin - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm**
**Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

**Freeform - 18 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn**
**Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

*Freehand - 18 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

**FUNHOUSE - 14 POINT**
**A B C D E F G H I J K L M N**
**O P Q R S T U V W X Y Z**
**1234567890**

Futura Light - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Futura Book - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Futura Medium - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk**
**Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv**
**Ww Xx Yy Zz 1234567890**

*Gabriella - 18 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Galahad - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**GALLERIA ~ 12 POINT**
**ABCDEFGHIJKLMNOPQRS**
**TUVWXYZ 1234567890**

# CHECKERBOARD'S
## List of Typestyles

Garamond - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

**Garamond Condensed - 16 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo**
**Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

GARBO - 15 POINT
AA BB CC DD EE FF GG HH II JJ KK LL
MM NN OO PP QQ RR SS TT UU VV WW
XX YY ZZ  1234567890

Garçon - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Garland - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Gasteur – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

Geometric - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Giddyup – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Gigi – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Glacier - 14 point
abcdefghijklmnopqrs
tuvwxyz  1234567890

GOTHIC - 15 POINT
AA BB CC DD EE FF GG HH II JJ KK
LL MM NN OO PP QQ RR SS TT UU VV
WW XX YY ZZ  1234567890

**GOTHIC HEAVY - 15 POINT**
**AA BB CC DD EE FF GG HH II JJ KK**
**LL MM NN OO PP QQ RR SS TT UU**
**VV WW XX YY ZZ  1234567890**

Goudy - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**Goudy Bold - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz  1234567890**

# CHECKERBOARD'S
## List of Typestyles

Goudy Handtooled - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

HEAD - 12 POINT
ABCDEFGHIJKLMNO
PQRSTUVWXYZ
1234567890

Goudy Modern - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Heidelberg - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Gravura ~ 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Heliotype - 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Greyton - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Hob - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp
Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz  1234567890

Grimshaw - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Hobo - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

HALFWAY - 26 POINT
AA BB CC DD EE FF GG HH II JJ KK LL MM NN OO
PP QQ RR SS TT UU VV WW XX YY ZZ 1234567890

Hogarth - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz 1234567890

harpoon - 18 point
abcdefghijklmnopqrstu
vwxyz 1234567890

Honey - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

16

# CHECKERBOARD'S
## List of Typestyles

**Honey Italic - 15 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890**

Housemaid - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

HOUSEMIX - 14 POINT
ABCDEFGHIJKLMNOPQRST UVWXYZ 1234567890

House Party - 13 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Houston Pen - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Humanist - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Humanist Light - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

HUXLEY - 24 POINT
ABCDEFGHIJKLMNOPQRSTUVWXYZ 1234567890

**Ignatius - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz  1234567890

Imperial - 13 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

Industria - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

**INFORMAL - 14 POINT**
**A B C D E F G H I J K L M N O P Q R S T U V W X Y Z  1234567890**

Inscription - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz  1234567890

**Insignia - 15 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz  1234567890**

# CHECKERBOARD'S
## List of Typestyles

*Isadora - 16 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk*
*Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu*
*Vv Ww Xx Yy Zz  1234567890*

Jitterbug - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

John - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Rq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Kabel - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**Kabel Bold - 15 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm**
**Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz 1234567890**

*Katfish - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii*
*Jj Kk Ll Mm Nn Oo Pp Qq Rr*
*Ss Tt Uu Vv Ww Xx Yy Zz*
*1234567890*

*Kathouse - 15 point*
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz
1234567890

*Kaufman - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz  1234567890*

**Kigali - 18 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk**
**Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu**
**Vv Ww Xx Yy Zz  1234567890**

**Kigali Design – 18 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk**
**Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu**
**Vv Ww Xx Yy Zz  1234567890**

Kingsbury - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**Kino - 18 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm**
**Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

*Kulukundis - 14 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk*
*Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu*
*Vv Ww Xx Yy Zz  1234567890*

# CHECKERBOARD'S
## List of Typestyles

**Leawood Black - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz  1234567890**

*Le Griffe - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk*
*Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu*
*Vv Ww Xx Yy Zz  1234567890*

Lender - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

*Liberty - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk*
*Ll Mm Nn Oo Pp Qq Rr Ss Tt*
*Uu Vv Ww Xx Yy Zz  1234567890*

## LIBRA - 20 POINT
ABCDEFGHIJKLMNOPQRSTU
VWXYZ 1234567890

Lightline - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

LITHOGRAPH - 14 POINT
A B C D E F G H I J K L M N O P
Q R S T U V W X Y Z  1234567890

LITHOGRAPH BOLD - 14 POINT
A B C D E F G H I J K L M N O P Q R S
T U V W X Y Z  1234567890

*Locarno - 20 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj*
*Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt*
*Uu Vv Ww Xx Yy Zz*
*1234567890*

*Lucy - 22 point*
*Aa Bb Cc Dd Ee Ff Gg Hh*
*Ii Jj Kk Ll Mm Nn Oo Pp*
*Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz  1234567890*

Luther - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

*Lydian - 18 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm*
*Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz  1234567890*

*Marigold - 24 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz 1234567890*

# CHECKERBOARD'S

## List of Typestyles

*Marmalade - 16 point*
*Aa Bb Cc Dd Ee Ff Gg Hh*
*Ii Jj Kk Ll Mm Nn Oo Pp Qq*
*Rr Ss Tt Uu Vv Ww Xx Yy Zz*
*1234567890*

Mercator – 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

Metric - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Marquis - 19 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Mississippi - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Mars - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

mitzvah · 26 point
abcdefghijklmnopqrstuvwxyz
1234567890

MATISSE - 18 POINT
A B C D E F G H I J K L M N O
P Q R S T U V W X Y Z
1234567890

Modern - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

MAZURKA – 24 POINT
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890

MONTAGUE - 18 POINT
A B C D E F G H I J K L M N O P Q
R S T U V W X Y Z 1234567890

Mearschaum - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

*Monterey - 20 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz 1234567890*

# CHECKERBOARD'S
## List of Typestyles

*Motter - 14 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv*
*Ww Xx Yy Zz 1234567890*

Muffy - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Murray Hill - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Myriad Headline - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn**
**Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz**
**1234567890**

Myriad Sketch - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Myriad Tilt - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

MYTHOS - 16 POINT
ABCDEFGHIJKLMNOP
QRSTUVWXYZ 1234567890

Neo Neo - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

New England - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

**New Order - 16 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk**
**Ll Mm Nn Oo Pp Qq Rr Ss Tt**
**Uu Vv Ww Xx Yy Zz 1234567890**

**NEWSEL - 18 POINT**
**ABCDEFGHIJKLMNOPQRS**
**TUVWXYZ 1234567890**

*Nouveau - 16 point*
*Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll*
*Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww*
*Xx Yy Zz 1234567890*

Novella - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

# CHECKERBOARD'S
## List of Typestyles

Nutcracker - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

Ovidius - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Oaken - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Oxford - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Oberon - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Oz Handicraft- 21 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo
Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Oldstyle - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Paisley - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

Onyx – 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Paisley Fancy - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

Outline - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Palette - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

# CHECKERBOARD'S
## List of Typestyles

Paliard - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Panache - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Papyrus - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

PARIS FLASH ~ 16 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

Parisian - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Park Avenue - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz  1234567890

Pelican – 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Penki - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Pepper - 23 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Petras - 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

PIONEER • 18 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

Piranesi - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

# CHECKERBOARD'S
## List of Typestyles

PLAYWRIGHT — 19 POINT
ABCDEFGHIJKLMNOPQRSTUVW
XYZ 1234567890

Plume - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Power Line - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

PRANCER – 18 POINT
ABCDEFGHIJKLMNOPQRST
UVWXYZ 1234567890

President - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

PUPCAT - 20 POINT
a b c d e f g h i j k
l m n o p q r s t u v w x y z
1234567890

Quake - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

RAD - 20 POINT
ABCDEFGHIJKLMNO
PQRSTUVWXYZ
1234567890

Randumhouse – 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Recess – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

Repro - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Ribbon - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

24

# CHECKERBOARD'S
## List of Typestyles

### ROCKET – 14 POINT
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### SCOTFORD - 12 POINT
A B C O E F G H I J K L M N O P Q R S T U V W X Y Z 1234567890

### Rome - 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### SCOTT – 18 POINT
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1234567890

### Rook - 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Scrawl - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Ruling Script - 17 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Scribe – 17 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Salisbury - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Scriptina - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Sassafras - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

### Scythe - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

# CHECKERBOARD'S
## List of Typestyles

Seagull - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Seville - 26 point
Aa Bb Cc Dd Ee Ff Gg Hh Ji Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

SHANTUNG - 18 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1 2 3 4 5 6 7 8 9 0

Sho - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Shogun - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

SHOTGUN - 18 POINT
A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z
1234567890

Signet - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz  1234567890

Signet Bold - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Smile – 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Souvenir - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Souvenir Medium - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Sparkling - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz  1234567890

26

# CHECKERBOARD'S
### List of Typestyles

Square Bank - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Square Bank Light - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Staccato - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

STEELPLATE - 14 POINT
A B C D E F G H I J K L M N O
P Q R S T U V W X Y Z
1234567890

STENCIL - 16 POINT
A B C D E F G H I J K L M N O P Q
R S T U V W X Y Z 1234567890

Stockholm - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

STOUT - 14 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

STUDZ - 18 POINT
ABCDEFGHIJKLMNOPQRS
TUVWXYZ 1234567890

Stuyvesant - 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz 1234567890

Surreal - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

Swanson - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Swash - 17 point
Aa Bb Cc Dd Ee Ff Gg
Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

# CHECKERBOARD'S

### List of Typestyles

Swing - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

**Swiss - 15 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**Swiss Black - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj**
**Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu**
**Vv Ww Xx Yy Zz  1234567890**

**Swiss Heavy - 14 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz  1234567890**

Swiss Thin - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Swiss Light - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Swiss Light Condensed - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo
Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz 1234567890

**Swiss Medium - 14 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Symbol - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Tango - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Tap - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

Technical - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Tempus – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Tempus Italic – 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

# CHECKERBOARD'S
## List of Typestyles

**Teen - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**Time Bold - 16 point**
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

Teen Light - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

Times - 15 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz  1234567890

**THUNDERBIRD - 12 POINT**
**AA BB CC DD EE FF GG HH II JJ**
**KK LL MM NN OO PP QQ RR SS**
**TT UU VV WW XX YY ZZ**
**1234567890**

**TOOLBOX - 20 POINT**
A B C D E F G H I J K L M N O P
Q R S T U V W X Y Z 1234567890

Tiffany - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**trafalgar - 18 point**
a b c d e f g h i j k l m n o p q
r s t u v w x y z 1234567890

**Tiffany Heavy - 12 point**
**Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll**
**Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww**
**Xx Yy Zz 1234567890**

Treehouse — 21 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

***Tiffany Heavy Italic- 12 point***
***Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll***
***Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww***
***Xx Yy Zz 1234567890***

Trolley - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm
Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

Time Light - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

Typo - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

# CHECKERBOARD'S
## List of Typestyles

### UMBRA - 18 POINT
ABCDEFGHIJKLMNO
PQRSTUVWXYZ
1234567890

### Vineta - 11 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr
Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Uncial - 12 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

### Visigoth - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz  1234567890

### University - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890

### Vivaldi - 22 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz 1234567890

### University Bold - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Vladimir - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz
1234567890

### Utopia - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Volante - 18 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq
Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

### Venetian - 20 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj
Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz 1234567890

### Voluta Script - 26 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz 1234567890

### VIKING - 14 POINT
ABCDEFGHIJKLMNO
PQRSTUVWXYZ
1234567890

# CHECKERBOARD'S
### List of Typestyles

Walex - 12 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu
Vv Ww Xx Yy Zz 1234567890

Waltham - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

**Waltham Bold Extended - 11 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz
1234567890**

Wedding – 17 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt
Uu Vv Ww Xx Yy Zz
1234567890

Wiesbaden – 24 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

**Windsor - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk
Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv
Ww Xx Yy Zz  1234567890**

Windsor Light - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii
Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss
Tt Uu Vv Ww Xx Yy Zz
1234567890

Wink - 17 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn
Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz
1234567890

XEBEC – 20 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

YEOMAN - 20 POINT
A B C D E F G H I J K L M N
O P Q R S T U V W X Y Z
1234567890

Zapf - 16 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890

Zurich - 14 point
Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll
Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww
Xx Yy Zz 1234567890