# EXHIBIT I

**Font Selection**

Fonts in 'All Caps' category

| | |
|---|---|
| ☐ | ARCHITECT |
| ☐ | BALLOON |
| ☐ | BUSCH |
| ☐ | BUSORAMA |
| ☐ | BUSORAMA CONDENSED |
| ☐ | BUSORAMA WIDE |
| ☐ | BUSY |
| ☐ | CHARLESWORTH |
| ☐ | CHARLESWORTH BOLD |
| ☐ | CHEVALIER |
| ☐ | CHEVALIER BOLD |
| ☐ | CHEVALIER CONDENSED |
| ☐ | ENVISION |
| ☐ | FUNHOUSE |
| ☐ | FUNHOUSE LS |
| ☐ | HUXLEY |
| ☐ | HUXLEY LS |
| ☐ | LITHOGRAPH |
| ☐ | LITHOGRAPH BOLD |
| ☐ | PLAYWRIGHT |
| ☐ | PLAYWRIGHT LS |
| ☐ | PLAYWRIGHT XS |
| ☐ | RIVOLI |
| ☐ | STEELPLATE |
| ☐ | STOUT |
| ☐ | YEOMAN |

Fonts in 'All Hebrew Fonts' category

☐   Acheneli שלום

☐   Atzor שלום

☐   Broadweli שלום

☐   Busoreli שלום

☐   Busoreli Bold שלום

☐   Careli שלום

☐   Careli Bold שלום

☐   Coopereli שלום

☐   David שלום

☐   Decoreli שלום

☐   Frank שלום

☐   Frizeli שלום

☐   Galed שלום

☐   Gilgal שלום

☐   Hadas שלום

☐   Hebras שלום

☐   Hobeli שלום

☐   Ivricana שלום

☐   Kabelim שלום

☐   Leah שלום

☐   Lublineli

☐   Mehandes שלום

☐   Meiri שלום

☐   Miriam שלום

☐   Nekhoset שלום

☐   Nekhoset Bold שלום

☐   Optimeli שלום

☐   Optimeli Bold שלום

☐   Optimeli Condensed LS שלום

☐   Optwo שלום

☐   Peigneli שלום

☐   Ramez שלום

Ramez Condensed שלום

Revieli שלום

Revieli Condensed שלום

Sela שלום

Siv שלום

Sofer שלום

Uncieli שלום

Vilna שלום

Vilna Wide שלום

Yavaneli שלום

Yavaneli Bold שלום

Yerushalmi שלום

Yerushalmi Italic שלום

Yerushalmi Italic Condensed שלום

Fonts in 'Big & Small Capitals' category

- ☐ Apollo
- ☐ BANKGOTHICLIGHT
- ☐ BANQUE
- ☐ BANQUE CONDENSED
- ☐ BANQUE SILHOUETTE
- ☐ BEATA
- ☐ CARLETON
- ☐ DONATELLO
- ☐ ENGRAVERS
- ☐ ENGRAVERS ROMAN
- ☐ ENGRAVERS ROMAN WIDE
- ☐ EXOTIC
- ☐ **Exotic Bold**
- ☐ GARBO
- ☐ **GARBO BOLD**
- ☐ GOTHIC
- ☐ **GOTHIC HEAVY**
- ☐ GOTHIC LS
- ☐ GOTHIC WIDE
- ☐ *PALETTE*
- ☐ SPARROW
- ☐ SQUARE BANK LIGHT
- ☐ TRAJAN
- ☐ TRAJAN BOLD
- ☐ TRAJAN BOLD LS
- ☐ TRAJAN LS

Fonts in 'Blocks' category

- ARCHITECT
- BALLOON
- BUSCH
- BUSORAMA
- BUSY
- CHARLESWORTH
- CHEVALIER
- ENVISION
- FUNHOUSE
- HUXLEY
- LITHOGRAPH
- LITHOGRAPH BOLD
- PLAYWRIGHT
- STOUT

Fonts in 'Bold' category

| | |
|---|---|
| ☐ | **Ad Lib** |
| ☐ | *Alto* |
| ☐ | Arkona |
| ☐ | Arkona Bold |
| ☐ | **Avenir Black** |
| ☐ | *Avenir Black Oblique* |
| ☐ | Avenir Heavy |
| ☐ | *Avenir Heavy Oblique* |
| ☐ | Bank Script |
| ☐ | Bank Script Condensed |
| ☐ | **Benguiat Gothic** |
| ☐ | **Benguiat Gothic Bold** |
| ☐ | Birch |
| ☐ | Birch Medium Spaced |
| ☐ | **Broadway** |
| ☐ | Canterbury Bold |
| ☐ | *Cascade* |
| ☐ | Century Oldstyle Bold |
| ☐ | **Cheltenham** |
| ☐ | *Cheltenham Italic* |
| ☐ | Commercial |
| ☐ | **Cooper** |
| ☐ | Dom |
| ☐ | **Dom Bold** |
| ☐ | *Dom Diagonal* |
| ☐ | *Dom Diagonal Bold* |
| ☐ | Dom Diagonal LS |
| ☐ | Dutch 766 Bold |
| ☐ | Dutch Bold |
| ☐ | Elegant Garamond Bold |
| ☐ | **Eras Bold** |
| ☐ | EXHIBIT BOLD |

Freeform

Freeform Roman

Freeform Bold

*Freehand Italic*

**Futura XBlack**

Garamond Book Condensed Bold

GARBO BOLD

Goudy Bold

Greyton

Hadriano Bold

Hadriano Condensed Extra Bold

Hadriano Extra Bold

Heidelberg

Hob

Hot Condensed

Hobo

Imperial Bold

Inscription

**Kabel Bold**

*Leawood Black*

Modern

Modern Condensed

**Myriad Headline**

New Order

New Order LS

*Nouveau Bold*

Oberon

Onyx

PURCAT

Sassafras

Seagull Bold

*Swiss Black Italic*

**Swiss Black 2**

- **Swiss Black**
- **Swiss Heavy**
- **Timbuktu**
- **Windsor**

Fonts in 'Casual' category

| | |
|---|---|
| ☐ | *Allie* |
| ☐ | *Alexa* |
| ☐ | *Amorinda* |
| ☐ | Archangel |
| ☐ | *Arid* |
| ☐ | Balzano |
| ☐ | *Bickley* |
| ☐ | *Blaze* |
| ☐ | Braganza Light |
| ☐ | **Brush** |
| ☐ | Caliban |
| ☐ | *Carletta* |
| ☐ | *Carlotta Narrow* |
| ☐ | *Carlotta Skinny* |
| ☐ | Debbie |
| ☐ | FARREL FELT TIP |
| ☐ | FARREL PENCIL |
| ☐ | FARREL PENCIL CONDENSED |
| ☐ | FARREL PENCIL NARROW |
| ☐ | FARREL SKINNY |
| ☐ | *Fiona* |
| ☐ | *Franco* |
| ☐ | *Freehand* |
| ☐ | Galahad |
| ☐ | *Grimshaw* |
| ☐ | Jake |
| ☐ | John |
| ☐ | *Lydian* |
| ☐ | Lydian Bold |
| ☐ | **Lydian Bold Italic** |
| ☐ | Lydian BT |
| ☐ | *Lydian Cursive Italic* |

- Marley
- Marmalade
- Marquis
- Mars
- Muffey
- Ovidius
- Panache
- Papyrus
- Papyrus Condensed
- Pelican
- Pepper
- Perpetuity
- Plume
- President
- President LS
- President Wide
- President XS
- Repro
- Ruling Script
- Seville
- Soda Pop
- Staccato
- Surreal
- Surreal Bold
- Tango
- Technical
- Technical Bold
- Technical Bold Italic
- Technical Italic
- Technical Narrow
- Teen
- Tempus
- Tempus Italic

☐   THOMAS

☐   Time Bold

☐   Time Light

☐   Weisbaden

☐   Zapfino

Fonts in 'Classic' category

| | |
|---|---|
| ☐ | Amphora |
| ☐ | Amphora Open Faced Condensed |
| ☐ | BenguiatGothicBk, Italic |
| ☐ | Birch Letter Spaced |
| ☐ | Canterbury |
| ☐ | Canterbury LS |
| ☐ | Canterbury MS |
| ☐ | Canterbury XS |
| ☐ | Carlin |
| ☐ | Carlin LS |
| ☐ | Carlin LW |
| ☐ | Conte |
| ☐ | Conte |
| ☐ | |
| ☐ | Elegant |
| ☐ | Elegant Garmond |
| ☐ | Elegant Garamond Italic |
| ☐ | Evangel |
| ☐ | Evangeline LS |
| ☐ | Evangeline MS |
| ☐ | Evangeline XS |
| ☐ | Fina |
| ☐ | Fina Bold |
| ☐ | Fina Bold LS |
| ☐ | Fina Bold LS II |
| ☐ | Fina Heavy |
| ☐ | Goudy Handtooled |
| ☐ | Locarno |
| ☐ | Nouveau |
| ☐ | Nodella |
| ☐ | Nodella LS |
| ☐ | Paliard |

☐      Parisian
☐      Parisian LS WD
☐      Rabbit
☐      *Recess*
☐      Swing
☐      Swing Condensed
☐      Swing LS
☐      Swing X_S
☐      University
☐      University Bold
☐      University Condensed

Fonts in 'Elegant' category

- Adine
- Anglias
- Aritus
- Baker Script
- Bixby
- Byron
- Chalet
- Classical
- Cyprian
- El-Greco
- Fancy
- Fine Hand
- Florence LS
- Florentine
- Hogarth
- Hogarth LS
- Houston Pen
- Kastler
- Kastler Bold Italic
- Le Griffe
- Lucy
- Mercator
- Rook
- Salisbury
- Salisbury Bold
- Signet
- Signet Bold
- Sparkling
- Stuyvesant
- Sugarman LS
- Swanson
- Venetian

*Vladimir*

*Vladimir Fingol*

Fonts in 'Exotic' category

C        **Arabia**
C        *Kigali*
C        **Kigali Defign**
C        MAZURKA
C        mitzvah
C        Penki
C        SHANTUNG
C        *Shogun*
C        viking
C        XEBEC

Fonts in 'Fun' category

- Bard
- Circus
- Cold Mountain
- Computer
- Coolman
- COSMIC
- **Crescent**
- Culture
- Culture LS
- Doghouse
- Doctor Souss
- Doctor Souss Fazey
- Giddyup
- Housemaid
- Jitterbug
- Katfish
- Kathouse
- Krayon
- Mississippi
- Myriad Tilt
- Neo Neo
- Oz Handcraft
- Ratsley
- Ratsley Two Alternate
- Ratsley Two Alternate
- Quake
- Randum House
- Randumhouse LS
- Randumhouse MS
- ROCKET
- Scrawl
- Smile

☐         Tree House
☐         Treehouse 13

Fonts in 'Funky' category

☐ CaMeLLa

☐ Etruscan

☐ Insight

☐ Insight LS

☐ Insignia

☐ **Kino**

☐ Scribe Bold

☐ Scythe

Fonts in 'Headline' category

- ALGERIAN
- ALGERIAN LS
- AMEN
- Arcania
- Arcania LS
- **BREMEN**
- BREMEN BOLD CONDENSED
- **CANCUN**
- Chichester
- **Clearface**
- Clearface (regular)
- CRINOLINE
- **Deco**
- GALLERIA
- GLACIER
- GLACIER ITALIC
- HALFWAY
- HALFWAY LE
- HALFWAY XE
- HEAD
- **INFORMAL**
- **MONTAGUE**
- Motter
- **NEWSEL**
- PIONEER
- Power line
- **PRANCER**
- SCOTT
- UMBRA
- Vineta
- Vineta WS

Fonts in 'Hebrew' category

Boton

Fonts in 'Horizontal' category

| | |
|---|---|
| ☐ | Americana |
| ☐ | Americana Bold |
| ☐ | Americana Italic |
| ☐ | Sho |
| ☐ | Teen |
| ☐ | Walex |
| ☐ | Waltham Bold Extended |

Fonts in 'Misc' category

☐  BANKGOTHICMEDIUM

☐  Carlin XS

☐  Courier

☐  *CourierBoldItalic*

☐  Courier Cond.

☐  Gypsum Sll Caps

☐  ENGRAVERS RoM. STRETCH

☐  EXHIBIT LIGHT

☐  **FAJITA**

☐  *Florence*

☐  Gil-Sans Light

☐  **Goudy Bold Italic**

☐  Goudy LS

☐  **IRELAND**

☐  𝒥

☐  Kaylin Script

☐  Kingsbury

☐  Kustom Kid (Condensed)

☐  Lentule

☐  Merlin

☐  Myriad Condensed

☐  OrigGaramondBold

☐  *OrigGaramondBoldItalic*

☐  Scribe

☐  Scriptina

☐  Shakespeare Narrow

☐  Shakespeare XCond.

☐  SQUARE BANK

☐  **STRETCHMED**

☐  STRETCHTALL

☐  STRETCH WIDE

☐  **Stymie Light Bold**

- *Stymie Light Bold Italic*
- Teen Light
- **Tiffany Heavy**
- *Tiffany Light Bold Italic*
- *Tiffany Light Italic*
- TimeMed
- *TimesBoldItalic*
- *TimesItalic*
- Times Narrow
- Tradition
- West
- Yerushalmi דהע
- Zurich
- ZurichBold
- *ZurichBoldItalic*
- *Zurich Italic*

Fonts in 'Outline' category

Amphora Open Face

Caslon

Caslon LS

Caslon Wide

Ignatius

Lender

Mystic Sketch

New England

New England Condensed

Oaken

Outline

Fonts in 'Retro' category

☐       Capulet

☐       Capulet Bold

☐       Coronet

☐       Coronetbold

☐       Floridian

☐       Kaufmann

☐       Kuluhundis

☐       Liberty

☐       Liberty WS

☐       Liberty el

☐       Monterey

☐       Murray Hill

☐       Park Avenue

☐       Piranesi

☐       Piranesi WS

☐       Tango

☐       Typo

☐       Typo WS

Fonts in 'Sans Serif' category

| | |
|---|---|
| ☐ | Avenir |
| ☐ | **Avenir Black** |
| ☐ | ***Avenir Black Oblique*** |
| ☐ | Avenir Book |
| ☐ | *Avenir Book Oblique* |
| ☐ | **Avenir Heavy** |
| ☐ | ***Avenir Heavy Oblique*** |
| ☐ | Avenir Light |
| ☐ | *Avenir Light Oblique* |
| ☐ | Avenir Medium |
| ☐ | *Avenir Medium Oblique* |
| ☐ | *Avenir Oblique* |

Fonts in 'Serif' category

| ☐ | GARBO |
| ☐ | GARBO BOLD |
| ☐ | Hadriano Bold |
| ☐ | Hadriano Condensed Extra Bold |
| ☐ | Hadriano Extra Bold |
| ☐ | Hadriano Light |

Fonts in 'Standard' category

- AdobeGaramondReg
- AdobeGaram.SemiBold
- Arial
- Avant Garde
- **Avant Garde Bold**
- *Avant Garde Bold Italic*
- Avante Garde Book
- *Avant Garde Book Italic*
- Avant Garde Italic
- **Avant Garde Medium**
- Avanti
- *Avanti Italic*
- Avenir
- **Avenir Black**
- *Avenir Black Oblique*
- Avenir Book
- *Avenir Book Oblique*
- Avenir Heavy
- *Avenir Heavy Oblique*
- Avenir Light
- *Avenir Light Oblique*
- Avenir Medium
- *Avenir Medium Oblique*
- *Avenir Oblique*
- Bali
- Bauhaus
- **Bauhaus Demi**
- **Bauhaus Medium Bold**
- Belucian-Book
- Bengal
- **Benguiat Book BoldItalic**
- BenguiatITCbyBt Book

| | |
|---|---|
| ☐ | *BenguiatItalic* |
| ☐ | Berkeley Book |
| ☐ | Berkeley |
| ☐ | Berkley Oldstyle |
| ☐ | Berkley Oldstyle Book Bold Italic |
| ☐ | *Berkley Oldstyle Book Italic* |
| ☐ | *Berkley Oldstyle Medium Italic* |
| ☐ | **Book** |
| ☐ | *Book Italic* |
| ☐ | **Bookman** |
| ☐ | Bookman Light |
| ☐ | *Bookman Medium Italic* |
| ☐ | Boton |
| ☐ | Brittanic |
| ☐ | Caslon Pro |
| ☐ | *Caslon Pro Italic* |
| ☐ | Century Oldstyle |
| ☐ | *Century Oldstyle Italic* |
| ☐ | Delta |
| ☐ | Delta Italic LS |
| ☐ | Dutch 766 |
| ☐ | ***Dutch Bold Italic*** |
| ☐ | *Dutch 766 Italic* |
| ☐ | Dutch |
| ☐ | *Dutch Italic* |
| ☐ | ENGRAVERS GOTHIC |
| ☐ | **ENGRAVERS GOTHIC BOLD** |
| ☐ | Eras |
| ☐ | Eras LS |
| ☐ | EXHIBIT REGULAR |
| ☐ | **Franklin** |
| ☐ | *Franklin Medium Italic* |

- Futura Book
- Futura Book LS
- *Futura Book Italic*
- Futura Light
- *Futura Light Italic*
- Futura Light LS
- ***Futura Medium Bold Italic***
- Futura Medium
- **Futura Medium Bold**
- *Futura Medium Italic*
- Garamond
- Garamond Condensed
- Garamond LS
- ***Garamond Book Condensed Bold Italic***
- *Garamond Book Condensed Italic*
- *Garamond Light Condensed Italic*
- Garçon
- Geometric
- *Geometric Italic*
- *Geometric Medium Italic*
- **Gill-Sans Bold**
- ***Gill-Sans Bold Italic***
- Goudy
- Goudy Modern
- Goudy XS
- Goudy Oldstyle Bold
- *Goudy Oldstyle Italic*
- Goudy Oldstyle Bold Italic
- Hadriano Bold
- **Hadriano Condensed Extra Bold**
- **Hadriano Extra Bold**
- Hadriano Light
- Helvetica

| | |
|---|---|
| ☐ | **Helvetica Black** |
| ☐ | **Helvetica Bold** |
| ☐ | *Helvetica Italic* |
| ☐ | Helvetica Light |
| ☐ | Honey |
| ☐ | Humanist |
| ☐ | **Humanist Bold** |
| ☐ | Humanist Light |
| ☐ | *Humanist Light Italic* |
| ☐ | Imperial |
| ☐ | *Imperial Italic* |
| ☐ | Kabel |
| ☐ | Lightline |
| ☐ | Metric |
| ☐ | Oldstyle |
| ☐ | Oldstyle Bold |
| ☐ | *Oldstyle Bold Italic* |
| ☐ | *Oldstyle Medium Italic* |
| ☐ | *Original Garamond Italic* |
| ☐ | *Original Garamond Italic LS* |
| ☐ | Palatino |
| ☐ | Palatino LS |
| ☐ | Seagull |
| ☐ | Seagull WS |
| ☐ | Souvenir |
| ☐ | **Souvenir Light Bold** |
| ☐ | ***Souvenir Light Bold Italic*** |
| ☐ | *Souvenir Light Italic* |
| ☐ | **Souvenir Medium** |
| ☐ | *Souvenir Medium Italic* |
| ☐ | Stockholm |
| ☐ | Swiss Medium |
| ☐ | **Swiss Bold** |

| | |
|---|---|
| ☐ | *Swiss Bold Italic* |
| ☐ | *Swiss Condensed Bold Italic* |
| ☐ | *Swiss Condensed Italic* |
| ☐ | *Swiss Heavy Italic* |
| ☐ | Swiss Light Condensed Italic |
| ☐ | Swiss Thin Italic |
| ☐ | Swiss |
| ☐ | **Swiss Condensed Bold** |
| ☐ | Swiss Condensed |
| ☐ | *Swiss Italic* |
| ☐ | Swiss Light |
| ☐ | Swiss Light Condensed |
| ☐ | *Swiss Light Italic* |
| ☐ | **Swiss Medium** |
| ☐ | *Swiss Medium Italic* |
| ☐ | Swiss Condensed |
| ☐ | Swiss Thin |
| ☐ | Swiss Thin LS |
| ☐ | Symbol |
| ☐ | *Symbol Italic* |
| ☐ | *Symbol Book Bold Italic* |
| ☐ | **Symbol Book Bold** |
| ☐ | Tap |
| ☐ | Tiffany |
| ☐ | *Tiffany Heavy Italic* |
| ☐ | Times |
| ☐ | **Times Bold** |
| ☐ | Utopia |
| ☐ | Waltham |
| ☐ | **Waltham Bold** |
| ☐ | Windsor Light |
| ☐ | **Windsor WS** |
| ☐ | Wink |

C       Zapf

C       **Zapf Humanist Bold**

C       ***Zapf Humanist Bold Italic***

C       *Zapf Humanist Italic*

Fonts in 'Swirly' category

| | |
|---|---|
| C | Allegro |
| C | Alys |
| C | Andante |
| C | Avalon |
| C | Aster |
| C | Balmoral |
| C | Baroque |
| C | Bickham |
| C | Bickham Pro |
| C | Byron Script |
| C | Campaign |
| C | Chancery Light |
| C | Citadel |
| C | Curlz |
| C | Cyprian |
| C | Edwardian |
| C | Flemish |
| C | Foxglove |
| C | Francine |
| C | Gabriella |
| C | Garland |
| C | Gigi |
| C | Gravura |
| C | Isadora |
| C | Isadora Bold |
| C | Krayond |
| C | Ribbon |
| C | Streamline |
| C | Streamline Condensed |
| C | Swash |
| C | Vivaldi |
| C | Volante |

Fonts in 'Theme' category

- CRITTER
- DRAGOON
- KOUSEMIN
- MATISSE
- MYTHOS
- PARIS FLASH
- RAT
- SHOTGUN
- STENCIL
- SCUOZ
- THUNDERBIRD
- TOOLBOX
- trafalgar

Fonts in 'Traditional' category

| | |
|---|---|
| ☐ | Amigo |
| ☐ | Blackletter |
| ☐ | Braganza |
| ☐ | Broadpen |
| ☐ | Calligraphic |
| ☐ | Calliope |
| ☐ | collier |
| ☐ | Dauphin |
| ☐ | Dolmen |
| ☐ | Dolmen Condensed |
| ☐ | FLOX |
| ☐ | Formal |
| ☐ | Gasteur |
| ☐ | Honey Italic |
| ☐ | LIBRA |
| ☐ | Marigold |
| ☐ | Marigold LS |
| ☐ | Mearschaum |
| ☐ | Oxford |
| ☐ | Oxford LS |
| ☐ | Oxford MS |
| ☐ | SCOTFORD |
| ☐ | Shakespeare |
| ☐ | Uncial |
| ☐ | Visigoth |
| ☐ | Wedding |

Fonts in 'Vertical' category

| | |
|---|---|
| ▢ | Agency |
| ▢ | **Agency Bold** |
| ▢ | Bodega |
| ▢ | Bodega Old Style |
| ▢ | BODEGA SMALL CAPS |
| ▢ | Bonhomi |
| ▢ | Bonhomi Condensed |
| ▢ | Bonhomi LS |
| ▢ | Bonhomi XS |
| ▢ | Bonhomi XXS |
| ▢ | Ecru |
| ▢ | Heliotype |
| ▢ | Heliotype LS |
| ▢ | Industria |
| ▢ | Kingsbury |
| ▢ | Luther |
| ▢ | Luther LS |
| ▢ | Luther XS |
| ▢ | New England Narrow |
| ▢ | Nutcracker |
| ▢ | Rome |
| ▢ | Trolley |

**Fonts in 'Wild' category**

☐            BIGWIG

☐         BIGHOUSE

☐            Carver

☐         FAJITA MILD

☐         FAJITA PICANTE

☐            harpoon

☐         HouseParty

Fonts in 'popular' category

| | |
|---|---|
| ▢ | *Adine* |
| ▢ | Agency |
| ▢ | Amphora |
| ▢ | *Arid* |
| ▢ | *Avalon* |
| ▢ | *Baker Script* |
| ▢ | BANQUE |
| ▢ | BEATA |
| ▢ | *Bickham* |
| ▢ | *Bickley* |
| ▢ | **Bodega** |
| ▢ | BODEGA SMALL CAPS |
| ▢ | Braganza Light |
| ▢ | *Byron* |
| ▢ | Canterbury |
| ▢ | CARLETON |
| ▢ | Carlin |
| ▢ | *Chalet* |
| ▢ | *Citadel* |
| ▢ | *Coronet* |
| ▢ | *Cyprian* |
| ▢ | DONATELLO |
| ▢ | Ember |
| ▢ | ENGRAVERS |
| ▢ | ENGRAVERS ROMAN |
| ▢ | *Fancy* |
| ▢ | *Fine Hand* |
| ▢ | *Fiona* |
| ▢ | *Florence* |
| ▢ | *Franco.* |
| ▢ | Futura Light |
| ▢ | *Gabriella* |

- GOTHIC
- Houston Pen
- Liberty
- Lucy
- Marmalade
- Muffy
- Murray Hill
- Myriad Tilt
- Nodella
- Oldstyle
- Oz Handcraft
- Papyrus
- Parisian
- Piranesi
- President
- Recess
- Salisbury
- Seville
- Signet
- Soda Pop
- Sparkling
- Stuyvesant
- Swash
- Swing
- Venetian
- Vladimir
- Walex
- Weisbaden