UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Monotype Imaging Inc..
_____
                Plaintiff(s)

                V.                                              CIVIL ACTION

Checkerboard Ltd.                                               NO.  1:14-12079 LTS
_____
                Defendant(s)

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to <u>ADR IN MID NOVEMBER</u>  for the following ADR program:

_____ SCREENING CONFERENCE         _____ EARLY NEUTRAL EVALUATION
__X_____ **MEDIATION**                _____ MINI-TRIAL
_____ SUMMARY JURY TRIAL            _____ SETTLEMENT CONFERENCE
_____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

 9/19/14                                              /s/ LEO T. SOROKIN
   DATE                                         UNITED STATES DISTRICT JUDGE

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____Labor |
| Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | | |

(Order of Referral to ADR.wpd - 4/12/2000)                                      [orefadr.]