# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MONOTYPE IMAGING INC.; MONOTYPE GMBH; MONOTYPE ITC INC.; AND MYFONTS INC.<br><br>      Plaintiffs,<br><br>          v.<br><br>CHECKERBOARD, LTD. AND eINVITE, LLC.<br><br>      Defendants. | Civil Action No. 14-cv-12079-WGY |

## **STIPULATED DISMISSAL**

Plaintiffs Monotype Imaging Inc., Monotype GmbH, Monotype ITC Inc. and MyFonts Inc. and Defendants Checkerboard, Ltd. and eInvite, LLC hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

Each party hereby voluntarily dismisses with prejudice any and all of its claims against the other party or parties raised in this action, without any right to appeal. The parties further agree that each party shall bear its own fees and costs incurred in this action. This stipulation is effective upon signature of counsel.

\*\*\*\*

IT IS SO STIPULATED:

| | |
|---|---|
| MONOTYPE IMAGING INC., MONOTYPE GMBH, MONOTYPE ITC INC, and MYFONTS INC. | CHECKERBOARD, LTD. AND eINVITE, LLC. |
| By their attorneys, | By their attorneys, |
| */s/ Mark S. Puzella*<br>Mark S. Puzella (BBO No. 644850)<br>Sheryl Koval Garko (BBO# 657735)<br>Andrew Pearson (BBO# 688709)<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Phone: (617) 542-5070<br>Fax: (617) 542-8906<br>E-Mail: puzella@fr.com<br>garko@fr.com<br>apearson@fr.com | *s/ John. O. Mirick*<br>John O. Mirick, (BBO No. 349240)<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax: (508) 791-8502<br>E-Mail: jmirick@mirickoconnell.com |

Dated: January 16, 2015

**CERTIFICATE OF SERVICE**

    I, Mark S. Puzella, certify that a true and correct copy of this document is being filed through the Court's ECF system on January 16, 2015, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                  */s/ Mark S. Puzella*
                                  Mark S. Puzella